CO-386
Rev. 10/03

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Ancient Coin Collectors Guild,
International Association of Professional
Numismatists and Professional
Numismatists Guild, Inc.       Plaintiff

v.

United States Department of    Defendant
State

FILED
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-02074
Assigned To : Leon, Richard J.
Assign. Date : 11/15/2007
Description: FOIA/Privacy Act

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Professional Numismatists Guild, Inc.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__430375__
Bar Identification Number

__Scott A. Hodes__
Print Name

__PO Box 42002__
Address

__Washington      DC       20015__
City                 State          Zip

__301 404 0502__
Telephone Number

2