UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE ) <br> ) <br> Defendant. ) <br> _____) | Civil No. 07-2074-RJL |

AFFADAVIT OF SERVICE

I hereby declare that service of the complaint in the above-captioned case has taken place in the following manner:

The United States Department of State was served the complaint by first class certified mail, return-receipt requested on November 19, 2007.

Attached to this affidavit is the confirmation of service of the complaint on the United States Department of State. This confirmation is from the United States Postal Service database found at USPS.gov for tracking number 7000 1670 0008 7368 3958.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 3rd day of December, 2007,

_____/s/_____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C. 20015
Phone (301) 404-0502
Fax (413) 641-2833

Attorney for Plaintiffs

