UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, <u>et al.</u>,  )<br>)<br>Plaintiffs,  )<br>)<br>)<br>v.  )<br>)<br>)<br>UNITED STATES DEPARTMENT OF STATE  )<br>)<br>Defendant.  )<br>_____ ) | Civil No. 07-2074-RJL |

AFFADAVIT OF SERVICE

I hereby declare that service of the complaint in the above-captioned case has taken place in the following manner:

The United States Attorney General was served the complaint by first class certified mail, return-receipt requested on November 20, 2007.

Attached to this affidavit is the confirmation of service of the complaint on the United States Attorney General.  This confirmation is from the United States Postal Service database found at USPS.gov for tracking number 7000 1670 0008 7368 3927

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 3rd day of December, 2007,

_____ /s/ _____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C.  20015
Phone (301) 404-0502
Fax (413) 641-2833

Attorney for Plaintiffs

## Track & Confirm

### Search Results

Label/Receipt Number: **7000 1670 0008 7368 3927**
Status: **Delivered**

Your item was delivered at 4:34 AM on November 20, 2007 in WASHINGTON, DC 20530.

( Additional Details > )