## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Civil No. 07-2074-RJL |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF STATE ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFADAVIT OF SERVICE

I hereby declare that service of the complaint in the above-captioned case has taken place in the following manner:

The United States Attorneys Office for the District of Columbia was served the complaint by first class certified mail, return-receipt requested on November 19, 2007.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Attorneys Office for the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 3rd day of December, 2007,

_____/s/_____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C.  20015
Phone (301) 404-0502
Fax (413) 641-2833

Attorney for Plaintiffs

