UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br>2201 C Street, NW<br>Washington, DC 20520,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 07-2074 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: December 5, 2007
         Washington, D.C.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    BRIAN P. HUDAK
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, NW
                                                    Washington, DC 20530
                                                    (202) 514-7143
                                                    brian.hudak@usdoj.gov