UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Case No. 07-2074 (RJL) |
| UNITED STATES DEPARTMENT OF STATE, | | |
| Defendant. | | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR MOVE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of State ("State"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint to January 8, 2008. After conferring with Plaintiff's counsel, defense counsel has learned that Plaintiff does not oppose this motion. The grounds for such relief are set forth below.

This case arises out of Plaintiffs' request for certain information allegedly maintained by Defendant concerning import restrictions on ancient coins of Cypriot types pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. The U.S. Attorney's Office was served with the Complaint on November 20, 2007. State was served with the Complaint on November 28, 2007. Promptly after the U.S. Attorney's Office was served, defense counsel contacted State to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and deadlines in other pending cases have prevented the completion of an appropriate response.

Accordingly, deferring the filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, January 8, 2008. A proposed order is attached.

Dated: December 19, 2007
        Washington, DC

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, I caused the foregoing Unopposed Motion for an Enlargement of Time to Answer or Move to be served on counsel of record, including Plaintiff's counsel, via the Court's Electronic Case Filing System (ECF).

Dated: December 19, 2007
      Washington, D.C.

                                            Respectfully submitted,

                                            /s/
                                          BRIAN P. HUDAK
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, NW
                                          Washington, DC 20530
                                          (202) 514-7143
                                          brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 07-2074 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's first unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, January 8, 2008, to respond to the Complaint in this action.

_____                                       _____
Date                                                                             RICHARD J. LEON
                                                                                         United States District Judge


Copies to Counsel of Record by CM/ECF.