UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br><br>)<br>Plaintiffs, )<br><br>)<br>v. )<br><br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br><br>)<br>Defendant. )<br><br>) | Civil Case No. 07-2074 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's first unopposed motion for an enlargement of

time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, January 8, 2008, to

respond to the Complaint in this action.


_____                    _____
Date                                 RICHARD J. LEON
                                     United States District Judge




Copies to Counsel of Record by CM/ECF.