UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Case No. 07-2074 (RJL) |
| v. | ) <br> ) |
| UNITED STATES DEPARTMENT OF STATE, | ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT MOTION FOR SCHEDULE

Defendant United States Department of State ("State" or "Defendant") and Plaintiffs in the above captioned action, jointly move, by and through their undersigned counsel, to set a schedule to govern this matter. Specifically, the parties respectfully propose that this action be governed by the schedule noted below. The grounds for such motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. The U.S. Attorney's Office was served with the Complaint on November 20, 2007. State was served with the Complaint on November 28, 2007. On December 19, 2007, Defendant, without opposition, moved to extend its time to answer or respond to the Complaint until January 8, 2008, which the Court granted on December 22, 2007. On January 8, 2008, Defendant answered the Complaint.

In light of the complexity of this litigation, which involves eight different FOIA requests, a large volume of documents, and overseas FOIA searches, processing of some of the FOIA requests at issue is still underway, and Plaintiffs' counsel and defense counsel have come to an

agreement on a schedule to govern this action. Specifically, defense counsel and Plaintiffs' counsel propose the following schedule:

- To the extent State identifies documents that require comment, review and/or processing by other agencies, State will send such documents to such other agencies and notify Plaintiffs of such requirement by May 9, 2008. For all other documents responsive to the FOIA requests at issue, by May 9, 2008, State will complete its processing and provide Plaintiffs with (a) documents and portions of documents that it deems releasable under the FOIA, (b) a statement as to whether it has withheld any documents, and (c) a description of the FOIA exemptions it has relied upon in withholding any material.

- Thereafter, Plaintiffs will review the released documents and determine whether they intend to continue this action.

- If Plaintiffs wish to continue this action, they will notify State by June 2, 2008, and specify what portions of State's processing and response they continue to challenge, including which redactions or withholdings they wish to challenge.

- If Plaintiffs continue this action, Defendant shall file a dispositive motion and/or Vaughn index by June 27, 2008. Plaintiffs' opposition to such motion shall be due on July 25, 2008. Defendant's reply shall be due on August 8, 2008.

The parties propose this schedule in good faith. Allowing State the opportunity to fully process Plaintiffs' FOIA requests, and the parties to cooperatively work towards resolution of this matter, serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court set a schedule for this matter as described above. A proposed order is attached.

Dated: January 29, 2008
      Washington, DC

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| SCOTT A. HODES, D.C. BAR #430375 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| P.O. Box 42002 | United States Attorney |
| Washington, DC 20015 | |
| (301) 404-0502 | |
| | |
| *Attorney for Plaintiffs* | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2008, I caused the foregoing Joint Motion to Set Schedule to be served on counsel of record, including Plaintiffs' counsel, via the Court's Electronic Case Filing System (ECF).

Dated: January 29, 2008
      Washington, D.C.

                                                  Respectfully submitted,

                                                      /s/
                                            BRIAN P. HUDAK
                                            Assistant United States Attorney
                                            Civil Division
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 514-7143
                                            brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-2074 (RJL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set schedule, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED;

ORDERED that to the extent Defendant identifies documents that require comment, review and/or processing by other agencies, Defendant will send such documents to such other agencies and notify Plaintiffs of such requirement by May 9, 2008. For all other documents responsive to the FOIA requests at issue, by May 9, 2008, Defendant will complete its processing and provide Plaintiffs with (a) documents and portions of documents that it deems releasable under the FOIA, (b) a statement as to whether it has withheld any documents, and (c) a description of the FOIA exemptions it has relied upon in withholding any material;

ORDERED that Plaintiffs, upon reviewing the released documents, shall notify Defendant of its intent to continue this action by June 2, 2008. If Plaintiffs chose to continue this action, Plaintiffs shall specify in such notification what portions of Defendant's processing and

response they continue to challenge, including which redactions or withholdings they wish to challenge; and it is further

ORDERED that should Plaintiffs choose to continue this action, Defendant shall file a dispositive motion and/or Vaughn index on or before June 27, 2008; Plaintiffs' opposition to such motion shall be due on or before July 25, 2008; and Defendant's reply on such motion shall be due on or before August 8, 2008.

_____  _____
Date                  RICHARD J. LEON
                      United States District Judge

Copies to Counsel of Record by CM/ECF