UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-2074 (RJL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set schedule, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED;

ORDERED that to the extent Defendant identifies documents that require comment, review and/or processing by other agencies, Defendant will send such documents to such other agencies and notify Plaintiffs of such requirement by May 9, 2008. For all other documents responsive to the FOIA requests at issue, by May 9, 2008, Defendant will complete its processing and provide Plaintiffs with (a) documents and portions of documents that it deems releasable under the FOIA, (b) a statement as to whether it has withheld any documents, and (c) a description of the FOIA exemptions it has relied upon in withholding any material;

ORDERED that Plaintiffs, upon reviewing the released documents, shall notify Defendant of its intent to continue this action by June 2, 2008. If Plaintiffs chose to continue this action, Plaintiffs shall specify in such notification what portions of Defendant's processing and

response they continue to challenge, including which redactions or withholdings they wish to challenge; and it is further

ORDERED that should Plaintiffs choose to continue this action, Defendant shall file a dispositive motion and/or Vaughn index on or before June 27, 2008; Plaintiffs' opposition to such motion shall be due on or before July 25, 2008; and Defendant's reply on such motion shall be due on or before August 8, 2008.

_____                    _____
Date                                RICHARD J. LEON
                                    United States District Judge


Copies to Counsel of Record by CM/ECF