UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF STATE, ) ) Defendant. ) ) | Civil Case No. 07-2074 (RJL) |

## JOINT MOTION FOR AN EXTENSION OF TIME

Defendant United States Department of State ("State" or "Defendant") and Plaintiffs in the above captioned action, jointly move, by and through their undersigned counsel, for an extension of the current schedule in this case. Specifically, the parties request that the time for Defendant to file a dispositive motion and/or Vaughn index be extended to and including September 26, 2008, with Plaintiffs' opposition thereto being due on October 24, 2008, and Defendant's reply being due on November 14, 2008. The grounds for such motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). After Defendant answered the Complaint, on January 29, 2008, the parties jointly moved to set a schedule to govern the parties' activities in this action, which the Court granted by Minute Order on February 4, 2008. Under the initial schedule, Defendant has until June 27, 2008, to file a dispositive motion and/or a Vaughn index.

Over the past few months, the parties have been working cooperatively to resolve their disputes and narrow the issues before the Court. Indeed, the parties have already resolved a

number of disputes in a cooperative fashion and are attempting to resolve and distill others to avoid needless litigation and expenditures of the Court's time and resources. Accordingly, the parties request this extension of time to continue this cooperative process.

The parties request this extension in good faith. This request is the first request by either party for an extension of these deadlines. Allowing the parties additional time to negotiate, distill, and hopefully resolve their disputes without the need for judicial intervention serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court modify the current schedule by extending Defendant's deadline for filing a dispositive motion and/or Vaughn index to September 26, 2008, setting Plaintiffs' deadline for their opposition thereto as October 24, 2008, and setting Defendant's deadline for reply on such motion as November 14, 2008. A proposed order is attached.

Dated: June 24, 2008
        Washington, DC

Respectfully submitted,


_____/s/_____          _____
SCOTT A. HODES, D.C. BAR #430375            JEFFREY A. TAYLOR, D.C. BAR #498610
P.O. Box 42002                              United States Attorney
Washington, DC 20015
(301) 404-0502


*Attorney for Plaintiffs*                   _____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

_____
            /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 07-2074 (RJL) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that parties' joint motion is GRANTED,

ORDERED that Defendant shall have through, and including, September 26, 2008, to file a dispositive motion and/or Vaughn index;

ORDERED that Plaintiffs shall have through, and including, October 24, 2008, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, November 14, 2008, for reply on such dispositive motion.

_____
Date

_____
RICHARD J. LEON
United States District Judge

Copies to Counsel of Record by CM/ECF.