UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Case No. 07-2074 (RJL) | |
| ) | | |
| UNITED STATES DEPARTMENT OF STATE, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that parties' joint motion is GRANTED,

ORDERED that Defendant shall have through, and including, September 26, 2008, to file a dispositive motion and/or Vaughn index;

ORDERED that Plaintiffs shall have through, and including, October 24, 2008, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, November 14, 2008, for reply on such dispositive motion.

_____                                    _____
Date                                                RICHARD J. LEON
                                                    United States District Judge

Copies to Counsel of Record by CM/ECF.