UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-2074 (RJL) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant United States Department of State ("State" or "Defendant") respectfully moves, by and through its undersigned counsel, for an extension of the current schedule in this case. Specifically, Defendant requests that the time for Defendant to file a dispositive motion and/or Vaughn index be extended to and including October 10, 2008, with Plaintiffs' opposition thereto being due on November 7, 2008, and Defendant's reply being due on November 28, 2008 -- *i.e.*, a two-week extension to the current dispositive motion schedule. Undersigned counsel contacted Plaintiffs' counsel and learned that Plaintiffs' do not oppose this Motion. The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). After Defendant answered the Complaint, on January 29, 2008, the parties jointly moved to set a schedule to govern the parties' activities in this action, which the Court granted by Minute Order on February 4, 2008. On June 24, 2008, the parties jointly moved to extend such schedule, which the Court granted by Minute Order dated July 2, 2008.

- 2 -

Subsequent to that time, the parties have exchanged a series of letters and Defendant now believes that it is prudent to raise certain issues with the Court in dispositive motions for its consideration. Although undersigned counsel and Agency counsel have been diligently working to formulate such a motion, due to matters and deadlines in other pending cases, Defendant requires a brief extension to properly formulate and finalize its motion and Vaughn index. Accordingly, Defendant requests this brief extension of the current schedule to appropriately conclude such activities and file its motion with the Court, which could resolve all issues in this action.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court modify the current schedule by extending Defendant's deadline for filing a dispositive motion and/or Vaughn index to October 10, 2008, setting Plaintiffs' deadline for their opposition thereto as November 7, 2008, and setting Defendant's deadline for reply on such motion as November 28, 2008. A proposed order is attached.

Dated: September 16, 2008
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR #498610
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*