UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-2074 (RJL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that parties' joint motion is GRANTED,

ORDERED that Defendant shall have through, and including, October 10, 2008, to file a dispositive motion and/or Vaughn index;

ORDERED that Plaintiffs shall have through, and including, November 7, 2008, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, November 28, 2008, for reply on such dispositive motion.

_____
Date

_____
RICHARD J. LEON
United States District Judge

Copies to Counsel of Record by CM/ECF.