UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 07-2074 (RJL) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant United States Department of State ("State," "Agency," or "Defendant") respectfully moves, by and through its undersigned counsel, for an extension of the current schedule in this case. Specifically, Defendant requests that the time for Defendant to file a dispositive motion and/or Vaughn index be extended to and including November 7, 2008, with Plaintiffs' opposition thereto being due on December 5, 2008, and Defendant's reply being due on December 24, 2008 -- *i.e.*, essentially a four-week extension to the current dispositive motion schedule. Undersigned counsel contacted Plaintiffs' counsel and learned that Plaintiffs do not oppose this Motion. Plaintiffs further stated that this is the last extension request that they would not oppose. The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). After Defendant answered the Complaint, on January 29, 2008, the parties jointly moved to set a schedule to govern the parties' activities in this action, which the Court granted by Minute Order on February 4, 2008. On June 24, 2008, the parties jointly moved to extend such schedule, which the Court granted by Minute Order dated July 2, 2008.

On September 17, 2008, Defendant, without opposition from Plaintiffs, moved for a two-week extension of the schedule due to matters and deadlines in other pending cases, which the Court granted by Minute Order on September 19, 2008.

Subsequent to Defendant's September 17, 2008, extension request, Defendant has taken further efforts to attempt to narrow the issues for motions before the Court.  Much of the classified information withheld in this case is information that was part of a diplomatic exchange with a foreign government conducted under an express understanding that such information was to be held in confidence.  Because the current views of that government regarding the sensitivity of the information are centrally relevant to the determination whether that information must remain classified under Executive Order 12958, as amended, the Agency has recently forwarded materials to that government for its review to determine whether the information must still be considered confidential.

The foreign government has communicated that its review of these materials is ongoing, and has said that until such time as a response has been received, the confidential status of the documents should remain unchanged.  Although Defendant cannot control the speed or timing of the foreign government's review, it is hopeful that an extension of time until November 7, 2008, would significantly increase the chance that the Defendant could file its summary judgment motion in light of the results of the foreign government's review determinations.  Accordingly, Defendant requests this extension of the current schedule.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court modify the current schedule by extending Defendant's deadline for filing a dispositive motion and/or Vaughn index to November 7, 2008, setting Plaintiffs' deadline for their opposition

thereto as December 5, 2008, and setting Defendant's deadline for reply on such motion as December 24, 2008. A proposed order is attached.

Dated: October 9, 2008
         Washington, DC

                                             Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -