UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-2074 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that the unopposed motion is GRANTED;

ORDERED that Defendant shall have through, and including, November 7, 2008, to file a dispositive motion and/or Vaughn index;

ORDERED that Plaintiffs shall have through, and including, December 5, 2008, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, December 24, 2008, for reply on such dispositive motion.

_____                                         _____
Date                                                                            RICHARD J. LEON
                                                                                      United States District Judge


Copies to Counsel of Record by CM/ECF.