UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 07-2074 (RJL) |

### JOINT MOTION FOR AN EXTENSION OF TIME

Defendant United States Department of State ("State" or "Defendant") and Plaintiffs in the above captioned action, jointly move, by and through their undersigned counsel, for an extension of the current schedule in this case. Specifically, the parties request that the time for Defendant to file a dispositive motion and final Vaughn index with the Court be extended to and including February 20, 2009, with Plaintiffs' opposition thereto being due on March 20, 2009, and Defendant's reply being due on April 10, 2009. The grounds for such motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). Through a series of extensions requested by the parties and granted by the Court, Defendant's motion for summary judgment and/or Vaughn index is due on November 7, 2008.

As noted in Defendant's third extension request (Docket Entry No. 13), Defendant has taken further efforts to attempt to narrow the issues for motions before the Court. Much of the classified information withheld in this case is information that was part of a diplomatic exchange

- 2 -

with a foreign government conducted under an express understanding that such information was to be held in confidence.  Defendant has reached out to that foreign government to obtain its current views regarding the sensitivity of such information.  The foreign government has notified Defendant that it expects to provide a substantive response to Defendant's inquiry on or before January 30, 2009.  Although Defendant cannot guarantee the speed, timing, or result of the foreign government's review, the parties believe it prudent to wait for the foreign government's response before burdening the Court with dispositive motions, as the response might lead to certain issues being rendered moot and the release of additional material.  Accordingly, the parties seek an extension of the schedule as described above.

Further, in the spirit of cooperation and in an attempt to further narrow potential issues in the parties' dispositive motions, Defendant has agreed to provide Plaintiffs with an initial informal Vaughn index by November 26, 2008, based upon Defendant's current withholdings.  The parties believe it prudent not to file this index with the Court, so as to avoid confusion and unnecessarily burdening the Court's record.

The parties request this extension in good faith.  This request is the fourth request for an extension of these deadlines.  Allowing the parties additional time to potentially narrow the issue before the Court without the need for judicial intervention serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court modify the current schedule by extending Defendant's deadline for filing a dispositive motion and/or Vaughn index to February 20, 2009, setting Plaintiffs' deadline for their opposition thereto as March 20, 2009, and setting Defendant's deadline for reply on such motion as April 10, 2009.  A proposed order is attached.

- 3 -

Dated:  November 7, 2008
 Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| SCOTT A. HODES, D.C. BAR #430375 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| P.O. Box 42002 | United States Attorney |
| Washington, DC 20015 | |
| (301) 404-0502 | |

*Attorney for Plaintiffs*

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                         /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*