UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED;

ORDERED that Defendant shall have through, and including, February 20, 2009, to file a dispositive motion and final Vaughn index;

ORDERED that Plaintiffs shall have through, and including, March 20, 2009, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, April 10, 2009, for reply on such dispositive motion.

SIGNED:

_____            _____
Date                                                          RICHARD J. LEON
                                                              United States District Judge