UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*,    ) | |
| Plaintiffs,    ) | Civil Action No. 07-2074 (RJL) |
| v.    ) | |
| UNITED STATES DEPARTMENT OF STATE,    ) | |
| Defendant.    ) | |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant United States Department of State ("State" or "Defendant") respectfully moves, by and through its undersigned counsel, for an extension of the current schedule in this case. Specifically, Defendant requests that the time for it to file a dispositive motion and final Vaughn index with the Court be extended from February 20, 2009, to March 13, 2009 -- a three (3) week extension of time. Defendant correspondingly requests that the other scheduled deadlines be similarly extended -- *i.e.*, the deadline for Plaintiffs' opposition be extended to April 10, 2009 and the deadline for Defendant's reply be extended to May 1, 2009. Plaintiffs, through their counsel, have informed undersigned counsel that they do not oppose this Motion. The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). Through a series of extensions requested by the parties and granted by the Court, Defendant's motion for summary judgment and/or Vaughn index is due on February 20, 2009. As noted in parties' prior extension request, in the spirit of cooperation and in an attempt to further narrow potential issues in the parties' dispositive motions, Defendant

provided Plaintiffs with an initial informal Vaughn index on November 26, 2008.  Further, the parties' most recent extension request was made to allow State additional time to learn the current views of a foreign government on certain documents that are at issue in this action.

In the parties' last extension request, Defendant noted that such foreign government expected to provide State with its views by January 30, 2009.  Due to medical reasons concerning the ambassador of the relevant foreign government (who was personally involved in such government's response to State's inquiry), State did not receive such government's views until late-last week -- *i.e.*, 3 weeks later than anticipated.  Accordingly, Defendant seeks this corresponding extension of time to properly consider the views of that government and review its withholdings in light of those views.

Defendant requests this extension in good faith.  This request is the fifth request for an extension of these deadlines.  Allowing the parties additional time to potentially narrow the issues before the Court without the need for judicial intervention serves the interests of the parties and the Court.

*   *   *

WHEREFORE, based on the foregoing, the parties respectfully request that the Court modify the current schedule by extending Defendant's deadline for filing a dispositive motion and/or Vaughn index to March 13, 2009, setting Plaintiffs' deadline for their opposition thereto as April 10, 2009, and setting Defendant's deadline for reply on such motion as May 1, 2009. A proposed order is attached.

Dated: February 19, 2009
Washington, DC

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                              /s/
                              BRIAN P. HUDAK
                              Assistant United States Attorney
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-7143

                              *Attorneys for Defendant*