UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-2074 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant's unopposed motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that the unopposed motion is GRANTED;

ORDERED that Defendant shall have through, and including, March 13, 2009, to file a dispositive motion and final Vaughn index;

ORDERED that Plaintiffs shall have through, and including, April 10, 2009, to file any opposition thereto; and it is further

ORDERED that Defendant shall through, and including, May 1, 2009, for reply on such dispositive motion.

SIGNED:

_____   _____
Date                                         RICHARD J. LEON
                                             United States District Judge