# Exhibit
# B

**SCOTT A. HODES, ATTORNEY AT LAW**
POST OFFICE BOX 42002
WASHINGTON, DC 20015
WWW.INFOPRIVACYLAW.COM

MEMBER DC AND MD BARS

(301) 404-0502

INFOPRIVACYLAW@YAHOO.COM

January 14, 2008

Office of Information Programs and Services
A/ISS/IPS/RL
U. S. Department of State, SA-2
Washington, D. C. 20522-8100

VIA FACSIMILE

FOIA Request

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 on behalf of my clients, the Ancient Coin Collectors Guild ("ACCG"), the Professional Numismatists Guild ("PNG") and the International Association of Professional Numismatists ("IAPN").

Pursuant to the FOIA, my clients seek the following:

1. The transcript of the public session of the Cultural Property Advisory Committee ("CPAC") with respect to request for import restrictions on cultural artifacts of the Republic of Cyprus, dated on or about January 28, 1999;

2. The transcript of the public session of CPAC with respect to request for import restrictions on cultural artifacts of the Republic of Italy, dated on or about October 12, 1999;

3. The transcript of the public session of CPAC with respect to an interim review of import restrictions on cultural artifacts at the behest of Republic of Italy, dated on or about May 6, 2004;

4. The transcript of the public session of CPAC with respect to request for import restrictions on cultural artifacts of the People's Republic of China, dated on or about February 17, 2005;

5. The transcript of the public session of CPAC with respect to a renewal of import restrictions on cultural artifacts of the Republic of Italy, dated on or about September 8, 2005;

6. The transcript of the public session of CPAC with respect to a renewal of import restrictions on cultural artifacts of the Republic of Cyprus, dated on or about January 25, 2007.

● Page 2                                                          January 14, 2008

My clients will pay all applicable fees.  However, please advise us if the estimated fees exceed $100.

If any of the above is not clear, or if you have any questions, please do not hesitate to contact me at your convenience.
Sincerely,

Scott A. Hodes

CC:  Brian Hudak, Assistant United States Attorney