UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Plaintiffs, the Ancient Coin Collectors Guild ("ACCG"), the Professional Numismatists Guild ("PNG") and the International Association of Professional Numismatists ("IAPN"), in the above captioned action, move, by and through their undersigned counsel, for an extension of time to file its Opposition to Defendant's Motion for Summary Judgment in this case. Specifically, Plaintiffs' request that for their Opposition be extended from April 10, 2009 to April 24, 2009. It is also requested that Defendant's Reply correspondingly be extended to May 15, 2009. Defendant, through counsel, has informed undersigned counsel that they do not oppose this Motion. The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA"). Through a series of extensions, Defendant filed its summary judgment and Vaughn index on March 13, 2009 and correspondingly made a supplemental release of documents to Plaintiffs. Plaintiff's Opposition is currently due on April 10, 2009. However, the preparation of the Opposition requires consultation with a number of the Plaintiffs,

who are spread throughout not only the country, but are also located internationally. Furthermore, Plaintiff's counsel will be out of town a portion of the week of April 10, 2009. Accordingly, Plaintiff seeks a two week extension in order to fully prepare its Opposition papers.

Plaintiffs request this extension in good faith. This request is the first request by Plaintiffs for an extension of this deadline since it was set as its current April 10, 2009 date.

WHEREFORE, based on the foregoing, Plaintiffs' respectfully request that the Court modify the current schedule by extending Plaintiffs' deadline for filing their opposition to April 24, 2009, and setting Defendant's deadline for reply on such motion as May 15, 2009. A proposed order is attached.

Dated: March 23, 2009

                                                Respectfully Submitted,

                                                _____/S/_____
                                                Scott A. Hodes,
                                                D.C. Bar #430375
                                                P.O. Box 42002
                                                Washington, D.C. 20015
                                                301-404-0502
                                                413-641-2833

                                                Attorney for Plaintiffs