UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ANCIENT COIN COLLECTORS GUILD, et al.,       )
                                             )
                Plaintiffs,                  )
                                             )         Civil Action No. 07-2074 (RJL)
        v.                                   )
                                             )
UNITED STATES DEPARTMENT OF STATE,           )
                                             )
                Defendant.                   )
_____

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' unopposed motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that the unopposed motion is GRANTED;

ORDERED that Plaintiffs shall have through, and including, April 24, 2009, to file an opposition to Defendant's motion for summary judgment;

ORDERED that Defendant shall have through, and including May 15, 2009, for reply on such dispositive motion.


SIGNED:


_____          _____
DATE                               RICHARD J. LEON
                                   United States District Judge