UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 07-2074 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ERRATA

Defendant United States Department of State ("Department"), by and through its counsel, respectfully submits this Errata to correct certain minor and inadvertent errors in the Declaration of Margaret Grafeld and in Defendant's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment.

Attached hereto is a Supplemental Declaration of Margaret Grafeld, which sets forth three minor corrections to her prior declaration. One such correction provides accurate numbers of total documents, and documents withheld in full or in part. That is, the numbers of documents in these categories set forth in the initial Declaration, and cited by Defendant in its brief, were slightly inaccurate. *See* Open. Br. at 5. The correct numbers are: the Department located 128 documents, of which 70 were released in full, 39 were withheld in part and 19 documents were withheld in full.

\*   \*   \*

- 2 -

Dated: March 25, 2009
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*