UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ancient Coin Collectors Guild, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of State,<br><br>Defendant. | Civil Action No. 07-2074 |

SUPPLEMENTAL DECLARATION OF MARGARET P. GRAFELD

I, Margaret P. Grafeld, declare and state as follows:

1. I am the same Margaret P. Grafeld who executed a declaration in this case on behalf of the Department of State (the "Department") dated March 13, 2009. I hereby incorporate my previous declaration by reference into this declaration. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of the records in the case files established for the processing of the subject requests, and upon information furnished to me in the course of my official duties.

Case 1:07-cv-02074-RJL   Document 18-1   Filed 03/25/09   Page 2 of 4

2

2.   The purpose of this Supplemental Declaration is to provide a correction and clarification to my Declaration dated March 13, 2009 ("Declaration"), which was attached to Defendant's Motion for Summary Judgment (Docket No. 16) as Exhibit A1.  The Declaration incorrectly noted the total number of responsive documents located, documents released in full, documents withheld in part, and documents withheld in full.  This error occurred on page 3 at lines 10-12; page 26 at lines 13-15; and page 79 at lines 4-7 of the Declaration dated March 13, 2009.  The correct numbers are:  A total of 128 responsive documents were located.  Of these, 70 documents were released in full, 39 documents were withheld in part, and 19 documents were withheld in full.

3.   The following information is provided for clarification purposes.  The paragraph that begins on line 19 of page 65 of the Declaration should read:  "<u>Document EA7</u> is a memorandum from ECA's Cultural Heritage Center to the Embassy of the Republic of Cyprus, dated June 14, 2007.  The document is two pages (each page of which was counted as a separate document - EA7 and EA7A - in internal processing and in the letters sent to Plaintiff).  Originally classified CONFIDENTIAL under Sections 1.4(b) and (d) of E.O. 12958.  Denied in full under exemption (b)(1)."

*Ancient Coin Collectors Guild, et al. v. U.S. Department of State*
*Supplemental Grafeld Declaration*

4. At lines 12-21 of page 69, the Declaration describes document E6 in Case 200706194 as having been released in full. Document E6 was inadvertently omitted from the package of documents transmitted to Plaintiffs' counsel by Defendant's letter of March 13, 2009 (attached as Exhibit 42 to the Declaration, as part of Exhibit A2 to Defendant's Motion for Summary Judgment), but an identical copy of that document, listed as document E2 in case number 2000704168, was included among the documents transmitted to Plaintiffs' counsel on March 13, 2009. By letter dated March 18, 2009 (attached to this Supplemental Declaration as Exhibit 1), the Department has provided Plaintiffs' counsel with a copy of document E6 in case number 200706194.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March, 2009.

_____
Margaret P. Grafeld



United States Department of State

Washington, D.C. 20520

MAR 18 2009

Case No.: 200706194

Scott Hodes, Esq.
1410 Aintree Drive
Rockville, MD 20850

Dear Mr. Hodes:

In our March 13, 2009 letter to you with its accompanying package of released documents, we inadvertently omitted document E6 which appeared in Case 200706194. This document is enclosed.

Document E6, while comprising a single document in Case 200706194, also appeared as an attachment to document E2 in Case 200704168, which you received as a part of our March 13, 2009 packet of materials.

If you have any questions concerning the material released with this letter, please contact Assistant U.S. Attorney Brian Hudak at (202) 514-7143 or brian.hudak@usdoj.gov.

Sincerely,

Frank Tummina for

Margaret P. Grafeld, Director
Office of Information Programs
and Services

Enclosure:
  As stated.

Grafeld Declaration
Civil Action No. 07-2074
Exhibit 1