UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-2074 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs, the International Association of Professional Numismatists, the Professional Numismatists Guild, and the Ancient Coin Collectors Guild, by and through undersigned counsel cross-moves for summary judgment and opposes Defendant U.S. Department of State's motion for summary judgment.  In support of Plaintiffs' cross-motion for summary judgment and opposition to the Defendant's motion for summary judgment, Plaintiffs are simultaneously filing their Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, Statement of Material Facts Not In Genuine Dispute, a Response to Defendant's Statement of Material Facts, and a proposed Order.

Dated:  April 24, 2008                                        Respectfully Submitted,

                                                                              _____/s/_____
                                                                              Scott A. Hodes, D.C. Bar #430375
                                                                              P.O. Box 42002
                                                                              Washington, D.C.  20015
                                                                              301-404-0502
                                                                              413-641-2833 (fax)
                                                                              Attorney for Plaintiffs