# ANCIENT COIN COLLECTORS GUILD, et al.,

v.

# UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit 1 to
Kislak Declaration



Media Note
**Office of the Spokesman**
Washington, DC
July 20, 2007

## U.S. and Cyprus Extend Agreement to Protect Archaeological and = Ethnological Heritage of Cyprus

Under Secretary of State for =olitical Affairs R. =icholas Burns and Ambassador of Cyprus to the United States Andreas =akouris held a ceremonial exchange of diplomatic notes today signifying =he extension of the Memorandum of Understanding (MOU) that protects =he rich archaeological and ethnological heritage of Cyprus. The MOU, which =ntered into force in 2002, is extended for an additional five years, =ffective July 16, 2007. Its continuation reflects the strong commitment of =he United States to help safeguard Cypriot heritage and offers the opportunity for ongoing cooperation to reduce further pillage, =hereby increasing opportunities for scientific study of intact sites. It =lso illustrates the strength of U.S.-Cyprus bilateral relations.

The MOU enables the Department of Homeland Security (DHS) to =ontinue import restrictions on pre-Classical and Classical archaeological =bjects and Byzantine period ecclesiastical and ritual ethnological =aterial unless accompanied by an export permit issued by Cyprus. The =esignated list of categories of material restricted from import into the =nited States, has been published in the *Federal Register* by DHS. =BR>

Byzantine ritual and ecclesiastical ethnological material such =s icons, mosaics and frescos - ranging in date from approximately =he 4th century A.D. through approximately the 15th century A.D. - =llustrate the high degree of artistic achievement in Cyprus and include some of =he finest pieces of Byzantine art ever produced. The rich =rchaeological heritage of Cyprus illustrates the interaction of the island's =nhabitants with neighboring societies, while maintaining a uniquely Cypriot character. Much of the history of the island from the 8th =illennium B.C. to approximately 330 A.D. can be understood only from =rchaeological remains, because historical texts are very rare.

With the extension of this MOU, DHS amended the designated list =f restricted categories to include ancient coins of Cypriot types =roduced from the end of the 6th century B.C. to 235 A.D. Coins, = significant and inseparable part of the archaeological record of =he island, are especially valuable to understanding the history of =yprus.

This extension of the MOU is consistent with the recommendation =f the Cultural Property Advisory Committee, which is administered by the =ureau for Educational and Cultural Affairs. The MOU, the Designated =ist, and other information may be found at http://exchange=.state.gov/culprop/cyfactpc.html.

2007/615


Back to top

Updates=/A> | Frequent Questions | Contact Us | Email this Page | Subject Index | Search

The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

About state.gov | Privacy Notice | FOIA | Copyright Information | Other U.S. Government Information

USA.gov