ANCIENT COIN COLLECTORS GUILD, et al.,

v.

UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit F

RELEASED IN PART
B6, B3, OTHER

**Cohen, Andrew C**

From: Danielle Parks [dparks@brocku.ca]
Sent: Wednesday, January 17, 2007 10:39 AM
To: Cohen, Andrew C
Subject: Re: Cyprus

E1

Hi Andrew,

Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.

Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is [        ]  B6

Talk to you soon.

Danielle


At 09:46 AM 17/01/2007, you wrote:

>Dear Danielle,
>
>[        ] introduced us at the ASOR meeting in Philly a little over a year ago. We had a long conversation about Cyprus and looting/cultural property issues. I am wondering whether you might have some time today or tomorrow to talk about this a little more. The US and Cyprus have a bilateral agreement that aims to protect archaeological sites in Cyprus, and I am doing some research because the agreement is coming up for extension soon.  B6
>
>Sincerely,
>Andrew Cohen
>
>---
>Andrew Cohen, PhD
>Senior Analyst, Cultural Heritage Center
>United States Department of State
>Bureau of Educational and Cultural Affairs
>301 4th Street, SW, Room 336 (SA-44)
>Washington, DC 20547
>Phone   202.453.8806 (direct)
>        202.453.8800 (office)


------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University

**UNITED STATES DEPARTMENT OF STATE**
**REVIEW AUTHORITY: ROBERT R STRAND**
**DATE/CASE ID: 09 MAY 2008   200704168**

11/19/2007                    UNCLASSIFIED

St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

**Cohen, Andrew C**

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Wednesday, January 17, 2007 11:11 AM
**To:** Cohen, Andrew C
**Subject:** RE: Cyprus

hi andrew,

at home is best -- i tend to be in the on mondays and fridays only if i can help it.                B6

Cheers/Danielle

At 10:40 AM 17/01/2007, you wrote:

> Dear Danielle,
>
> Tomorrow would be perfect. Why don't I give you a call at 11am. Shall I call you at home or at the office?
>
> Sincerely,
> Andrew

---

> From: Danielle Parks [mailto:dparks@brocku.ca]
> Sent: Wednesday, January 17, 2007 10:39 AM
> To: Cohen, Andrew C
> Subject: Re: Cyprus
>
> Hi Andrew,
>
> Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.
>
> Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is          B6
>
> Talk to you soon.
>
> Danielle
>
>> At 09:46 AM 17/01/2007, you wrote:
>>
>> Dear Danielle,
>>
>>                    introduced us at the ASOR meeting in Philly a little over     B6
>> a year ago. We had a long conversation about Cyprus and looting/cultural
>> property issues. I am wondering whether you might have some time today or

tomorrow to talk about this a little more. The US and Cyprus have a bilateral agreement that aims to protect archaeological sites in Cyprus, and I am doing some research because the agreement is coming up for extension soon.

Sincerely,
Andrew Cohen

---

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
        202.453.8800 (office)

------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

## Cohen, Andrew C

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Thursday, January 18, 2007 7:10 PM
**To:** Cohen, Andrew C
**Subject:** Re: Cypriot coins in Italy

hi andrew,

[B3 redaction]

cheers/danielle

At 02:27 PM 18/01/2007, you wrote:

[B3 redaction] If so, all I can say is, How Cool!

[redacted] B3

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
        202.453.8800 (office)

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

**Cohen, Andrew C**

| | |
|---|---|
| From: | Danielle Parks [dparks@brocku.ca] |
| Sent: | Sunday, January 28, 2007 12:19 PM |
| To: | Cohen, Andrew C |

hey andrew,

just checking in to see how you made out last week.     B3

caught up with [ ] yesterday -- mostly work stuff -- she sends regards.     B6

cheers/danielle

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

1

UNCLASSIFIED

**Cohen, Andrew C**

From: Danielle Parks [dparks@brocku.ca]
Sent: Wednesday, January 31, 2007 5:34 AM
To: Cohen, Andrew C
Subject: RE:

hi andrew,

of course, not a problem -- though cyprus being cyprus, i have been asked by a good dozen people as to whether you and several others had contacted me about, well, coins -- i said yes, but did not give any detail other than yes, you had been given access to a copy of the monograph. i have been encouraged to submit informed public comment and will do so....

[B3 redacted]

best regards,

danielle

```
At 11:35 PM 30/01/2007, you wrote:
>Dear Danielle,
>
>Thanks for passing along the info. The committee met to talk about
>Cyprus' extension, and also the coin thing did come up at the end.
>(Please be discreet about our conversation, if you don't mind). The
>committee decided that a brief comment period on the coin issue was in
>order. So as many websites and email lists are reporting, informed
>public comment will be accepted on whether or not to include coins in
>the agreement....
>
>More soon,
>Sincerely,
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, January 28, 2007 12:19 PM
>To: Cohen, Andrew C
>Subject:
>
>hey andrew,
>
>just checking in to see how you made out last week. [B3 redacted]
>
>caught up with [B6 redacted] yesterday -- mostly work stuff -- she sends
>regards.
>
>cheers/danielle
>
>-------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859
```

1

UNCLASSIFIED

>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

**Cohen, Andrew C**

From: Danielle Parks [dparks@brocku.ca]
Sent: Monday, February 05, 2007 10:27 AM
To: Cohen, Andrew C
Subject: RE:

Thanks Andrew, glad to be of help.

Cheers/Danielle

At 09:26 AM 05/02/2007, you wrote:
>Dear Danielle,
>
>The committee will appreciate your input. You don't need to send me a
>copy because they all end up on my desk anyway. I then have them
>duplicated and sent to the committee....
>
>Cheers
>
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, February 04, 2007 9:56 PM
>To: Cohen, Andrew C
>Subject: RE:
>
>Dear Andrew,
>
>Letter completed and on its way to the committee. Would you like a
>copy, should you have a copy? If so, please let me know and I am to supply it.
>
>Best regards,
>
>Danielle
>
>At 07:21 AM 31/01/2007, you wrote:
> >Dear Danielle,
> >
> >Thanks and no problem. As an expert in your field, one would expect
> >that you would be consulted--especially when WorldCat says that there
> >are only 3 libraries in N. America that have your book on hand!
> >
> >The committee will appreciate your comments. The Cultural Heritage
> >Center website, [exchanges.state.gov/culprop], has instructions on
> >how to submit. Note that the deadline is the close of business on
> >next Monday.
> >
> >Cheers,
> >Andrew
> >
> >-----Original Message-----
> >From: Danielle Parks [mailto:dparks@brocku.ca]
> >Sent: Wednesday, January 31, 2007 5:34 AM
> >To: Cohen, Andrew C
> >Subject: RE:
> >
> >hi andrew,
> >
> >of course, not a problem -- though cyprus being cyprus, i have been
> >asked by a good dozen people as to whether you and several others
> >had contacted me about, well, coins -- i said yes, but did not give
> >any detail other than yes, you had been given access to a copy of the

1

```
> >monograph. i have been encouraged to submit informed public comment
> >and
>
> >will do so....
>
>                                                                              B3
>
>
>
>
>
> >best regards,
> >
> >danielle
> >
> >At 11:35 PM 30/01/2007, you wrote:
> > >Dear Danielle,
> > >
> > >Thanks for passing along the info. The committee met to talk about
> > >Cyprus' extension, and also the coin thing did come up at the end.
> > >(Please be discreet about our conversation, if you don't mind).
> > >The committee decided that a brief comment period on the coin issue
> > >was in order. So as many websites and email lists are reporting,
> > >informed
>
> > >public comment will be accepted on whether or not to include coins
> > >in
>
> > >the agreement....
> > >
> > >More soon,
> > >Sincerely,
> > >Andrew
> > >
> > >-----Original Message-----
> > >From: Danielle Parks [mailto:dparks@brocku.ca]
> > >Sent: Sunday, January 28, 2007 12:19 PM
> > >To: Cohen, Andrew C
> > >Subject:
> > >
> > >hey andrew,
> > >
> > >just checking in to see how you made out last week.
>
>                                                                              B3
>
>
>
>
> > >caught up with [        ] yesterday -- mostly work stuff -- she          B6
> > >sends regards.
> > >
> > >cheers/danielle
> > >
> > >------
> > >Dr. Danielle Parks
> > >Associate Professor
> > >Graduate Program Director
> > >Department of Classics
> > >Brock University
> > >St Catharines ON L2S 3A1 CANADA
> > >
> > >tel. (905) 688 5550 ext. 3321
> > >fax (905) 984 4859
> > >dparks@brocku.ca
> >
> >------
```

```
> >Dr. Danielle Parks
> >Associate Professor
> >Graduate Program Director
> >Department of Classics
> >Brock University
> >St Catharines ON L2S 3A1 CANADA
> >
> >tel. (905) 688 5550 ext. 3321
> >fax (905) 984 4859
> >dparks@brocku.ca
>
>-------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859
>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca
```