UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-2074 (RJL) |
| Plaintiffs, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF STATE, | | |
| Defendant. | | |

# PLAINTIFFS' OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 7.1(h) and 56.1, Plaintiffs, the International Association of Professional Numismatists, the Professional Numismatists Guild, and the Ancient Coin Collectors Guild, by and through undersigned counsel, hereby respond to Defendant's Statement of Material Facts submitted as part of its Motion for Summary Judgment:

1. Plaintiffs admit that the FOIA requests that are the subject of this action consist of eight separate requests made from July 30, 2004, to October 11, 2007.

2. Plaintiffs admit that its FOIA requests in sum were as follows:

Count I: A FOIA request (No. 200402941) originally made by faxed letter dated July 30, 2004, requesting four reports of the CPAC.

Count II: A FOIA request (No. 200501372) originally made by faxed letter dated March 29, 2005, requesting "the Original Chinese Request for import restrictions pursuant to the 1970 UNESCO Treaty, which Request formed the basis of the PUBLIC SUMMARY."

Count III: A FOIA request (No. 200502767) originally amended by fax on July 6, 2005, requesting copies of records relating to China's request for import restrictions during the period from June 26, 2004 to December 28, 2004.

Count VI:   A FOIA request (No. 200600298) originally made by letter dated January 20, 2006, requesting "The Report of [CPAC] and any Dissents that led to the Extension of Import Restrictions on Certain Categories of Archaeological Material Representing the Pre-Classical and Imperial Roman Periods of Italy (Public Meeting Date:  September 8, 2005)."

Count VII:   A FOIA request (No. 200704168) originally made by letter dated July 25, 2007, requesting records in five categories relating to the extension of import restrictions to Cypriot coins as reported in 72 Fed. Reg. 38470-74 (July 13, 2007).

Count VIII:   A FOIA request (No. 200704596) originally made by letter dated August 1, 2007, requesting a "copy of any request by the Republic of Cyprus for import restrictions on coins pursuant to Article 9 of the 1970 UNESCO Convention made in or about January 2007."

Count IX:   A FOIA request (No. 2007006194) originally made by letter dated October 11, 2007, requesting records in nine categories relating to import restrictions on material from Cyprus.

3. This paragraph characterizes internal actions of Defendant and as such Plaintiffs are without the knowledge to admit or deny.

4. This paragraph characterizes the result of internal actions of Defendant and as such Plaintiffs are without the knowledge to admit or deny.

5. Plaintiffs admit that Defendant has withheld information pursuant to FOIA exemptions 1, 2, 3, 5, 6 and 7(C).

6. This paragraph characterizes internal actions of Defendant and as such Plaintiffs are without the knowledge to admit or deny.  Plaintiffs deny that the declaration provided by Margret Grafeld which states that all reasonably segregable, non-exempt material responsive to Plaintiffs' requests has been released as this is a statement of opinion not of fact.

7. Plaintiffs deny this paragraph in that the declaration provided by Margret Grafeld which states

that all reasonably segregable, non-exempt material responsive to Plaintiffs' requests has been released as this is a statement of opinion not of fact.

Dated:  April 24, 2008                              Respectfully Submitted,

                                                _____/s/_____
                                                Scott A. Hodes, D.C. Bar #430375
                                                P.O. Box 42002
                                                Washington, D.C.  20015
                                                301-404-0502
                                                413-641-2833 (fax)

                                                Attorney for Plaintiffs