UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-2074 (RJL) |

## **ORDER**

The Court having considered Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that Defendant's motion for summary judgment is denied, and it is further hereby;

ORDERED that Plaintiffs' cross-motion for summary judgment is granted, and it is further hereby;

ORDERED that Defendant release the documents it has attempted to withhold pursuant to FOIA exemptions 1, 2, 3, 5, and 6 to Plaintiff within ten days of this Court's Order.

DATED_____          _____
                               RICHARD J. LEON
                               UNITED STATES DISTRICT JUDGE