UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-2074 (RJL) ) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs, the International Association of Professional Numismatists, the Professional Numismatists Guild, and the Ancient Coin Collectors Guild, by and through undersigned counsel cross-moves for summary judgment and opposes Defendant U.S. Department of State's motion for summary judgment.  In support of Plaintiffs' cross-motion for summary judgment and opposition to the Defendant's motion for summary judgment, Plaintiffs are simultaneously filing their Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, Statement of Material Facts Not In Genuine Dispute, a Response to Defendant's Statement of Material Facts, and a proposed Order.

Dated:  April 24, 2008                    Respectfully Submitted,

_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502
413-641-2833 (fax)
Attorney for Plaintiffs