# ANCIENT COIN COLLECTORS GUILD, et al.,

## v.

# UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit 1 to
Kislak Declaration



Media Note
**Office of the Spokesman**
Washington, DC
July 20, 2007

## U.S. and Cyprus Extend Agreement to Protect Archaeological and = Ethnological Heritage of Cyprus

Under Secretary of State for =olitical Affairs R. =icholas Burns and Ambassador of Cyprus to the United States Andreas =akouris held a ceremonial exchange of diplomatic notes today signifying =he extension of the Memorandum of Understanding (MOU) that protects =he rich archaeological and ethnological heritage of Cyprus. The MOU, which =ntered into force in 2002, is extended for an additional five years, =ffective July 16, 2007. Its continuation reflects the strong commitment of =he United States to help safeguard Cypriot heritage and offers the opportunity for ongoing cooperation to reduce further pillage, =hereby increasing opportunities for scientific study of intact sites. It =lso illustrates the strength of U.S.-Cyprus bilateral relations.

The MOU enables the Department of Homeland Security (DHS) to =ontinue import restrictions on pre-Classical and Classical archaeological =bjects and Byzantine period ecclesiastical and ritual ethnological =aterial unless accompanied by an export permit issued by Cyprus. The =esignated list of categories of material restricted from import into the =nited States, has been published in the *Federal Register* by DHS. =BR>

Byzantine ritual and ecclesiastical ethnological material such =s icons, mosaics and frescos - ranging in date from approximately =he 4th century A.D. through approximately the 15th century A.D. - =llustrate the high degree of artistic achievement in Cyprus and include some of =he finest pieces of Byzantine art ever produced. The rich =rchaeological heritage of Cyprus illustrates the interaction of the island's =nhabitants with neighboring societies, while maintaining a uniquely Cypriot character. Much of the history of the island from the 8th =illennium B.C. to approximately 330 A.D. can be understood only from =rchaeological remains, because historical texts are very rare.

With the extension of this MOU, DHS amended the designated list =f restricted categories to include ancient coins of Cypriot types =roduced from the end of the 6th century B.C. to 235 A.D. Coins, = significant and inseparable part of the archaeological record of =he island, are especially valuable to understanding the history of =yprus.

This extension of the MOU is consistent with the recommendation =f the Cultural Property Advisory Committee, which is administered by the =ureau for Educational and Cultural Affairs. The MOU, the Designated =ist, and other information may be found at http://exchange=.state.gov/culprop/cyfactpc.html.

2007/615


Back to top

Published by the =.S. Department of State Website at http://www.state.gov maintained by the =ureau of Public Affairs.

USA.gov

Updates=/A> | Frequent Questions | Contact Us | Email this Page | Subject Index | Search
The Office of Electronic Information, =ureau of Public Affairs, manages this site as a portal for =nformation from the U.S. State Department. External links to other Internet =ites should not be construed as an endorsement of the views or =rivacy policies contained therein.
About state.gov | Privacy Notice | FOIA | Copyright Information | Other =.S. Government Information