# ANCIENT COIN COLLECTORS GUILD, et al.,

v.

# UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit C

RELEASED IN PART
B7(C), B6

e15

| From: | | B6, B7(C) |
| Sent: | Wednesday, July 11, 2007 9:48 AM | |
| To: | Kouroupas, Maria P; | B6, B7(C) |
| Cc: | Cohen, Andrew C | |
| Subject: | RE: Cyprus FRN? | |

Maria, Cyprus will be published on Friday, July 13, 2007.      B6, B7(C)

---

This document may contain confidential, attorney work-product and or United States government information and is not for release, review, retransmission, dissemination or use by any persons or entities other than the intended recipients absent the express consent of the author. This document is not intended to serve as legal precedent unless specifically stated herein. If you are not the intended recipient, please notify the sender immediately.

---

               B6, B7(C)

Attorney
Trade and Commercial Regulations Branch
Office of International Trade, Regulations & Rulings
U.S. Customs & Border Protection
Department of Homeland Security

               B6, B7(C)

---

**From:** Kouroupas, Maria P [mailto:KouroupasMP@state.gov]
**Sent:** Tuesday, July 10, 2007 10:58 AM
**To:**              B6, B7(C)
**Cc:** Cohen, Andrew C
**Subject:** RE: Cyprus FRN?

Great. Thanks very much.

---

**From:**              B6, B7(C)
**Sent:** Tuesday, July 10, 2007 10:34 AM
**To:** Kouroupas, Maria P;         B6, B7(C)
**Cc:** Cohen, Andrew C
**Subject:** RE: Cyprus FRN?

Maria,

     delivered this final rule this morning to the Federal Register. We will let you know when we hear back   B6, B7(C)
from them with a publication date—it could be Thursday (if FR has low volume) or Friday.

Thanks,

       B6, B7(C)

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 09 JUN 2008 200706194
1/7/2008

UNCLASSIFIED

---

Contact Information:

[redacted]    B6, B7(C)
Trade and Commercial Regulations Branch
Office of Regulations & Rulings
Office of International Trade
U.S. Customs and Border Protection
Department of Homeland Security
1300 Pennsylvania Ave., NW (Mint Annex)
Washington, D.C. 20229
phone: 202-572-8717
fax: 202-572-8747
Internet E-mail Address: [redacted]    B6, B7(C)

---

**From:** Kouroupas, Maria P [mailto:KouroupasMP@state.gov]
**Sent:** Tuesday, July 10, 2007 10:17 AM
**To:** [redacted]
**Cc:** [redacted] Cohen, Andrew C    B6, B7(C)
**Subject:** Cyprus FRN?

Greetings, [redacted] - Do you have a date yet for the publications of this FRN?  Thanks, m.    B6, B7(C)

e17

| | |
|---|---|
| From: | Kouroupas, Maria P |
| Sent: | Tuesday, July 17, 2007 2:36 PM |
| To: | Kirk, Darlene X |
| Cc: | Korycki, Leonard J |
| Subject: | FW: Cyprus Ext 2007 - Media Note Draft ii |
| Importance: | High |
| Attachments: | Cyprus Ext 2007 - Media Note Draft ii.doc |

RELEASED IN FULL



Cyprus Ext 2007 -
Media Note D...

EUR/SE has cleared with the addition of the redlined sentence. Rick has cleared, so am handing off to you. The PA person in EUR is Chase Beamer should you need to be in contact. We'd like to see any further edited version of this, as a slight change could vastly alter meaning. Thanks very much. m)

| Tracking: | Recipient | Delivery |
|---|---|---|
| | Kirk, Darlene X | Delivered: 7/17/2007 2:36 PM |
| | Korycki, Leonard J | Delivered: 7/17/2007 2:36 PM |

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 05 MAY 2008   200706194



**RELEASED IN FULL**

| | |
|---|---|
| **From:** | Mellinger, Elise M |
| **Sent:** | Wednesday, July 11, 2007 9:23 AM |
| **To:** | Kouroupas, Maria P |
| **Cc:** | Cohen, Andrew C; Beamer, Chase A; Suarez, Elisa S |
| **Subject:** | RE: Cyprus - Media note |

OK, good to know, because EUR was doing this since it's U/S Burns doing the event. I've cced Chase Beamer here so that he knows ECA is on it, and we'll look for the draft when it comes through.

I'm going to begin preparing the BCL for U/S Burns today or tomorrow and will pass it by you and Andrew for input and clearance. It's due the 17th.

Cheers, Elise

Elise Mellinger
Cyprus Desk Officer
Office of Southern European Affairs
(202) 736-4051

| | |
|---|---|
| **From:** | Kouroupas, Maria P |
| **Sent:** | Wednesday, July 11, 2007 9:15 AM |
| **To:** | Mellinger, Elise M |
| **Cc:** | Cohen, Andrew C |
| **Subject:** | Cyprus - Media note |
| **Importance:** | High |

Elise -- ECA is preparing a media note, since this bureau is responsible for such MOUs. As is our normal procedure, a draft will be passed by L/PD and EUR for clearance. With thanks for all you are doing on your end, m.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 05 MAY 2008   200706194