# ANCIENT COIN COLLECTORS GUILD, et al.,

v.

# UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit F

RELEASED IN PART
B6, B3, OTHER

**Cohen, Andrew C**

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Wednesday, January 17, 2007 10:39 AM
**To:** Cohen, Andrew C
**Subject:** Re: Cyprus

E1

Hi Andrew,

Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.

Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is [         ]

B6

Talk to you soon.

Danielle

At 09:46 AM 17/01/2007, you wrote:

> Dear Danielle,
>
> [         ] introduced us at the ASOR meeting in Philly a little over a year ago. We had a long conversation about Cyprus and looting/cultural property issues. I am wondering whether you might have some time today or tomorrow to talk about this a little more. The US and Cyprus have a bilateral agreement that aims to protect archaeological sites in Cyprus, and I am doing some research because the agreement is coming up for extension soon.

B6

> Sincerely,
> Andrew Cohen
>
> ---
>
> Andrew Cohen, PhD
> Senior Analyst, Cultural Heritage Center
> United States Department of State
> Bureau of Educational and Cultural Affairs
> 301 4th Street, SW, Room 336 (SA-44)
> Washington, DC 20547
> Phone   202.453.8806 (direct)
>         202.453.8800 (office)

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University

**UNITED STATES DEPARTMENT OF STATE**
**REVIEW AUTHORITY: ROBERT R STRAND**
**DATE/CASE ID: 09 MAY 2008   200704168**

St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

## Cohen, Andrew C

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Wednesday, January 17, 2007 11:11 AM
**To:** Cohen, Andrew C
**Subject:** RE: Cyprus

hi andrew,

at home is best -- i tend to be in the on mondays and fridays only if i can help it. ▮   B6

Cheers/Danielle

At 10:40 AM 17/01/2007, you wrote:

> Dear Danielle,
>
> Tomorrow would be perfect. Why don't I give you a call at 11am. Shall I call you at home or at the office?
>
> Sincerely,
> Andrew
>
> ---
>
> From: Danielle Parks [mailto:dparks@brocku.ca]
> Sent: Wednesday, January 17, 2007 10:39 AM
> To: Cohen, Andrew C
> Subject: Re: Cyprus
>
> Hi Andrew,
>
> Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.
>
> Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is ▮   B6
> ▮
>
> Talk to you soon.
>
> Danielle
>
> At 09:46 AM 17/01/2007, you wrote:
>
>> Dear Danielle,
>>
>> ▮ introduced us at the ASOR meeting in Philly a little over a year ago. We had a long conversation about Cyprus and looting/cultural property issues. I am wondering whether you might have some time today or   B6

tomorrow to talk about this a little more. The US and Cyprus have a bilateral agreement that aims to protect archaeological sites in Cyprus, and I am doing some research because the agreement is coming up for extension soon.

Sincerely,
Andrew Cohen

---

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
        202.453.8800 (office)

------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

## Cohen, Andrew C

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Thursday, January 18, 2007 7:10 PM
**To:** Cohen, Andrew C
**Subject:** Re: Cypriot coins in Italy

hi andrew,

[B3]

cheers/danielle

At 02:27 PM 18/01/2007, you wrote:

> [B3] If so, all I can say is, How Cool!

B3

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
        202.453.8800 (office)

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

**Cohen, Andrew C**

From: Danielle Parks [dparks@brocku.ca]
Sent: Sunday, January 28, 2007 12:19 PM
To: Cohen, Andrew C

hey andrew,

just checking in to see how you made out last week. B3

caught up with [ ] yesterday -- mostly work stuff -- she sends regards. B6

cheers/danielle

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

**Cohen, Andrew C**

From: Danielle Parks [dparks@brocku.ca]
Sent: Wednesday, January 31, 2007 5:34 AM
To: Cohen, Andrew C
Subject: RE:

hi andrew,

of course, not a problem -- though cyprus being cyprus, i have been asked by a good dozen people as to whether you and several others had contacted me about, well, coins -- i said yes, but did not give any detail other than yes, you had been given access to a copy of the monograph. i have been encouraged to submit informed public comment and will do so....

B3

best regards,

danielle

At 11:35 PM 30/01/2007, you wrote:
>Dear Danielle,
>
>Thanks for passing along the info. The committee met to talk about
>Cyprus' extension, and also the coin thing did come up at the end.
>(Please be discreet about our conversation, if you don't mind). The
>committee decided that a brief comment period on the coin issue was in
>order. So as many websites and email lists are reporting, informed
>public comment will be accepted on whether or not to include coins in
>the agreement....
>
>More soon,
>Sincerely,
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, January 28, 2007 12:19 PM
>To: Cohen, Andrew C
>Subject:
>
>hey andrew,
>
>just checking in to see how you made out last week.

B3

>
>caught up with [      ] yesterday -- mostly work stuff -- she sends
>regards.
>
>cheers/danielle
>
>-------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859

B6

1

UNCLASSIFIED

>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

**Cohen, Andrew C**

From:      Danielle Parks [dparks@brocku.ca]
Sent:      Monday, February 05, 2007 10:27 AM
To:        Cohen, Andrew C
Subject:   RE:

Thanks Andrew, glad to be of help.

Cheers/Danielle

At 09:26 AM 05/02/2007, you wrote:
>Dear Danielle,
>
>The committee will appreciate your input. You don't need to send me a
>copy because they all end up on my desk anyway. I then have them
>duplicated and sent to the committee....
>
>Cheers
>
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, February 04, 2007 9:56 PM
>To: Cohen, Andrew C
>Subject: RE:
>
>Dear Andrew,
>
>Letter completed and on its way to the committee. Would you like a
>copy, should you have a copy? If so, please let me know and I am to supply it.
>
>Best regards,
>
>Danielle
>
>At 07:21 AM 31/01/2007, you wrote:
> >Dear Danielle,
> >
> >Thanks and no problem. As an expert in your field, one would expect
> >that you would be consulted--especially when WorldCat says that there
> >are only 3 libraries in N. America that have your book on hand!
> >
> >The committee will appreciate your comments. The Cultural Heritage
> >Center website, [exchanges.state.gov/culprop], has instructions on
> >how to submit. Note that the deadline is the close of business on
> >next Monday.
> >
> >Cheers,
> >Andrew
> >
> >-----Original Message-----
> >From: Danielle Parks [mailto:dparks@brocku.ca]
> >Sent: Wednesday, January 31, 2007 5:34 AM
> >To: Cohen, Andrew C
> >Subject: RE:
> >
> >hi andrew,
> >
> >of course, not a problem -- though cyprus being cyprus, i have been
> >asked by a good dozen people as to whether you and several others
> >had contacted me about, well, coins -- i said yes, but did not give
> >any detail other than yes, you had been given access to a copy of the

1

```
> >monograph. i have been encouraged to submit informed public comment
> >and
>
> >will do so....
>
```

B3

```
> >best regards,
> >
> >danielle
> >
> >At 11:35 PM 30/01/2007, you wrote:
> > >Dear Danielle,
> > >
> > >Thanks for passing along the info. The committee met to talk about
> > >Cyprus' extension, and also the coin thing did come up at the end.
> > >(Please be discreet about our conversation, if you don't mind).
> > >The committee decided that a brief comment period on the coin issue
> > >was in order. So as many websites and email lists are reporting,
> > >informed
>
> > >public comment will be accepted on whether or not to include coins
> > >in
>
> > >the agreement....
> > >
> > >More soon,
> > >Sincerely,
> > >Andrew
> > >
> > >-----Original Message-----
> > >From: Danielle Parks [mailto:dparks@brocku.ca]
> > >Sent: Sunday, January 28, 2007 12:19 PM
> > >To: Cohen, Andrew C
> > >Subject:
> > >
> > >hey andrew,
> > >
> > >just checking in to see how you made out last week.
>
```

B3

```
> > >caught up with [        ] yesterday -- mostly work stuff -- she
> > >sends regards.
```

B6

```
> > >
> > >cheers/danielle
> > >
> > >-------
> > >Dr. Danielle Parks
> > >Associate Professor
> > >Graduate Program Director
> > >Department of Classics
> > >Brock University
> > >St Catharines ON L2S 3A1 CANADA
> > >
> > >tel. (905) 688 5550 ext. 3321
> > >fax (905) 984 4859
> > >dparks@brocku.ca
> >
> >-------
```

```
> >Dr. Danielle Parks
> >Associate Professor
> >Graduate Program Director
> >Department of Classics
> >Brock University
> >St Catharines ON L2S 3A1 CANADA
> >
> >tel. (905) 688 5550 ext. 3321
> >fax (905) 984 4859
> >dparks@brocku.ca
>
>-------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859
>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca
```