# ANCIENT COIN COLLECTORS GUILD, et al.,

v.

# UNITED STATES DEPARTMENT OF STATE

Civil No. 07-2074 (RJL)

Exhibit I

## APPENDIX B

### Individuals Providing Information to the Committee

Leonard, John, PhD Candidate, Dept. of Anthropology, SUNY Buffalo, NY, Underwater Survey.

Boyd, Susan, Curator, Byzantine Collection, Dumbarton Oaks Research Library, Washington, DC.
Callahan, Jim, Asian Art Specialist, Skinner Auctions, Boston, MA.
Carr, Annemarie Weyl, Professor, Dept. of Art History, Southern Methodist University, Dallas, TX.
Childs, William, Professor, Dept. of Art and Archaeology, Princeton University; Director, Princeton Polis Excavations.

Ede, James, President of the International Association of Dealers in Ancient Art, Charles Ede Gallery, London.
Eisenberg, Jerome, Royal-Athena Gallery, NY, and Editor, Minerva, London, England.
Evans, Helen, Associate Curator of Early Christian and Byzantine Art, Metropolitan Museum of Art, Curator for the Glory of Byzantium exhibit in 1997.
Frankel, David, Professor, Dept. of Archaeology, La Trobe University, Victoria, Australia, Marki Project.
Gaber, Pamela, Research Associate, Near Eastern Studies, University of Arizona, Arizona, Idalion Project.

Gruel, Mary, Research Associate in Charge of Ancient Art, Art Institute of Chicago, Chicago, IL.
Hamma, Kenneth, Head of Collections Information Planning, J. Paul Getty Museum, Los Angeles (former Associate Curator of Ancient Art); Member, Princeton Polis Excavation.
Herscher, Ellen, Independent Scholar, Washington, DC, Archaeologist for Maroni Project.
Imber, Suzanne, Decorative Arts and Jewelry, Sloan's Auctions, Bethesda, MD.

Kieffer, Earl, Antiquities Specialist, Harlan J. Berk, Ltd., Chicago, IL.
Kline, Thomas R., Attorney, Andrews and Kurth (specializes in art recovery cases).
Knapp, Bernard, Dept. of Archaeology, University of Glasgow, Glasgow, Scotland.
Knutson, Sandra, Curatorial Consultant, Ancient Art, Toledo Art Museum, Toledo, OH.
Kondoleon, Christine, Curator of Roman and Byzantine Art, Worcester Art Museum, MA.
Kovacs, John, Antiquities Specialist, Butterfield & Butterfield, Los Angeles, CA.
Anonymous Gallery Owner, Toronto, Canada (U.S. outlet in NY).
Mayo, Margaret, Curator of Ancient Art, Virginia Museum of Fine Arts, Richmond, VA.

Metcalf, William, Curator of Ancient and Medieval Coins, American Numismatic Society, NY.

Moulopoulos, Rena, Director of Compliance, Sotheby's, NY, NY.
Padgett, Michael, Associate Curator of Ancient Art, Princeton Art Museum, Princeton, NJ; Member, Polis Project.
Pang, Tina, Assistant, Ariadne Gallery, NY, NY.
Parks, Danielle, PhD Candidate, Dept. of Art History and Archaeology, University of Missouri-Columbia, MO, Kourion Tombs.

Cyprus Report, page 39

Peck, William, Curator of Ancient Art, Detroit Institute of Arts, Detroit, MI.
Peltenburg, Eddie, Dept. of Archaeology, Edinburgh University, Scotland.
Picon, Carlos A., Curator-in-Charge, Department of Greek and Roman Art, The Metropolitan Museum of Art, NY, NY.
Rupp, David, Dept. of Classics, Brock University, St. Catherine, Canada, Paphos Survey.
Savage, Steven, Lecturer, Dept. of Anthropology, Arizona State University, Tempe, AZ.
Schultz, Frederick, President, National Association of Dealers in Ancient, Primitive and Oriental Art, Frederick Schultz Gallery, NY, NY.
Serwint, Nancy, Professor, Dept. of Art History, Arizona State University, Tempe, AZ, Director of CAARI.
Smith, Joanna, Dept. of Classical and Near Eastern Archaeology, Bryn Mawr College, PA, Polis Project.
Stanley-Price, Nicholas, Lecturer, Institute of Archaeology, London, formerly at the Getty Conservation Institute.
Swiny, Stuart, Professor, Dept. of Classics, SUNY Albany, former Director of CAARI.
Todd, Ian, Emeritus Professor, Classics Dept., Brandeis University, Vasilikos Valley Project.
Tompa, Peter K., President, Ancient Numismatic Society of Washington, DC.
Toumazou, Michael, Davidson College, NC, Athienou Project.
True, Marion, Curator of Antiquities, The J. Paul Getty Museum, Los Angeles, CA.
Vikan, Gary, Director, Walters Art Gallery, Baltimore, MD, (formerly at Dumbarton Oaks.)

[redacted] B6