UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant United States Department of State ("State" or "Defendant") respectfully moves, by and through its undersigned counsel, for an extension of time to file its Reply in further support of its Motion for Summary Judgment ("MSJ") and in opposition to Plaintiffs' cross-motion for summary judgment. Specifically, Defendant requests that the time for it to file its Reply be from May 15, 2009, to May 19, 2009 -- a two (2) business day extension of time. Plaintiffs, through their counsel, have graciously consented to the relief sought by this Motion. The grounds for this Motion are as follows.

This case arises out of Plaintiffs' requests under the Freedom of Information Act ("FOIA") for certain information allegedly maintained by Defendant concerning cultural property and import restrictions. After several agreed-upon extensions, Defendant moved for summary judgment on Plaintiffs' claims on March 13, 2009. On April 24, 2009, Plaintiffs opposed and cross-moved for summary judgment. Pursuant to the current schedule, Defendant's Reply is currently due on May 15, 2009.

Although undersigned counsel has reviewed Plaintiffs' filing and has begun to outline a response, due to matters and deadlines in other pending cases, undersigned counsel has not been

- 2 -

able to finalize an appropriate Reply for the Court's consideration.  Consequently, in order to allow its counsel additional time to formulate its Reply, Defendant respectfully seeks this brief extension of time.

This extension request is made in good faith.  This request is the first request for an extension of this deadline.  Allowing Defendant a small amount of additional time to formulate an appropriate Reply, serves the interests of the parties and the Court.  Granting this extension request will affect Plaintiffs' time to submit a reply on their cross-motion.  Consequently, Defendant requests that Plaintiffs be allowed until June 9, 2009, to file their cross-motion reply.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court modify the current schedule by extending Defendant's deadline for filing its Reply to May 19, 2009, and setting Plaintiffs' deadline for filing their cross-motion reply thereto as June 9, 2009. A proposed order is attached.

Dated: May 15, 2009
       Washington, DC

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                         /s/
                                    BRIAN P. HUDAK
                                    Assistant United States Attorney
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    (202) 514-7143

                                    *Attorneys for Defendant*

- 3 -