UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2074 (RJL)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's consent motion for an enlargement of the time to file its reply ("Reply") in further support of its motion for summary judgment and in opposition to Plaintiffs'' cross-motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that the consent motion is GRANTED;

ORDERED that Defendant shall have through, and including, May 19, 2009, to file its Reply; and it is further

ORDERED that Plaintiffs shall have through, and including, June 9, 2009, to file a reply in support of their cross-motion.

SIGNED:

_____                    _____
Date                                                                  RICHARD J. LEON
                                                                             United States District Judge