# Exhibit 3

| Home | About | Advertising | Contribute | Newsletter | Support | Site Map | Contact |  News Feeds |
|------|-------|-------------|------------|------------|---------|----------|---------|---------------------------------|

News    Articles    Directory    Calendar    Coin Guide    Bullion    Prices    Video Gallery    Mints

# COINLINK Coin Collecting

Your Source for Daily Coin News and Numismatics Resources on Coin Collecting

**Go Back**

Welcome    Featured News    Today's Headlines    Gold News    New Articles    Coin Guide Articles

### WELCOME

## CoinWeek May 11- 17, 2009
### What's New on CoinLink ……..

### Headline News

The **Ancient Coin Collectors Guild** (ACCG) has launched phase two of a coordinated plan to challenge import restrictions on ancient coins by the US State Department. bu importing asmall packet of 23 very common, inexpensive, Cypriot and Chinese coins. The coins were seized and the ACCG plans to sue.

**Heritage** Auction Galleries has announced that noted numismatist Win Callender has joined the company as a Professional Numismatist and Consignment Director at its Uptown Dallas headquarters.

**Laura Sperber** of Legend Numismatics provides another Market Report. She states "In our opinion, the coin market right now is like the stock market was in late March" Read it and judge for yourself.



The status of the **1856-O double eagle** as the rarest New Orleans twenty, from a paltry mintage of 2,250 pieces, was established as long ago. **Heritage** is auctioning off the only known Specimen example known. Many specialists believe that this is the single most important New Orleans double eagle in existence, and one of the most important O-mint coins of any denomination.

### Articles Just Posted

**Greg Johnson** wrote a short article in Volume 5, Issue 5 (May 2009) of The **E-Gobrecht** titled "1849 Quarter Dollar Date Positions". During the past two plus years I have examined every 1849 quarter that I could find trying

to attribue one he purchases. Here is his " working hypothesis".

**Tim Shuck** has added 3 new coin profiles in the Coin Guide Section of Coinlink as follows:

- Braided Hair Cent, 1839-1857
- Standing Liberty Quarter, Type 1, 1916-1917
- Indian Head Quarter Eagle, 1908-1929

Continuing with **News across the web**, we have a new posting of - **Coin News Daily** - providing short excerpts and links to other news across the web that we have found, and which you may find of interest. We also provide Daily Updates on Precious Metals in The Bullion Report, with Charts, Video Headlines and News.

**You can access ALL the News Here**



## CoinWeek May 4-10, 2009
### What's New on CoinLink ........
### Headline News

You're a serious coin collector. You've done all the "right" things. You've learned how to grade, become a knowledgeable specialist. Your collection is well on the way to being complete but you aren't ready to sell it. What can you do in the interim to add value to it? **Doug Winter** gives some pointers in his article on How To "Brand" Your Coin Collection



**Ponterio & Associates, Inc**. held the Official Auction of the Chicago International Coin Fair (C.I.C.F.), April 23-25, 2009. The auction realized a total of $1,510,300 offering close to 3,000 lots of coins and currency from around the world

The **United States Mint** will present the second redesigned one-cent coin (penny), bearing an image representing Abraham Lincoln's formative years, at a ceremony in Indiana on May 14.

While the **Adams-Carter 1804 $1** grabbed the headlines at Platinum Night of the **Heritage CSNS auctions**, the overall success of both the rare coins and the rare currency is the hidden story in the whole night. Even if you take out the $2.3 million on the 1804 $1, you still have an almost $42 million auction.

**Laura Sperber** provides a Market Report on the CSNS Show just concluded this past weekend. She states "Nice fresh coins are clearly still selling and are bringing super strong money. The biggest problem-actually our biggest problem, nice coins can NOT be replaced and we do not see any where enough of them to make money with."

The famed **Quartermaster Collection**, containing many of Australia's most valuable and highest quality gold coins, will be going to auction on the 4th of June 2009, in what is expected to be the most prestigious numismatic event in this nations history.

Featuring many of Australia's rarest coins, this Auction will be unlike any other seen in Australia.

### Articles Just Posted

**Bruce Lorich** the renowned expert on British coinage (Hammered and Milled) provides a bit of historical background and insight on the Rise of the Gold Standard in 14th-century England, Coins of the first three Edwards & Richard II.



Continuing with **News across the web**, we have a new posting of - **Coin News Daily** - providing short excerpts and links to other news across the web that we have found, and which you may find of interest. We also provide Daily Updates on Precious Metals in The Bullion Report, with Charts, Video Headlines and News.

**You can access ALL the News Here**

## CoinWeek April 27 - May 3, 2009
### What's New on CoinLink ........

### Headline News

**Bowers and Merena** Auctions has acquired sister company North American Certified Trading (NACT) and will now offer expanded direct buying and selling of exceptional quality rare coins, including bullion coins.

The much anticipated Platinum Night section of **Heritage's Central States Signature Sale** in Cincinnati concluded last night. Preliminary Reports conclude that the market still has legs and that high quality coins



are easily finding new homes at strong prices. The Adams-Carter 1804 Class III Silver Dollar AU58 PCGS brought $2.3 Million !

**Heritage** will auction the collection of "Joseph C. Thomas," at Central States this week. Numismatic writer **Greg Reynolds** feels the Thomas collection is the best collection of U.S. silver coins to be sold at public auction since

John J. Pittman's U.S. coins were auctioned in October 1997 and May 1998.

**Ira & Larry Goldberg** will be hosting their Pre-Long Beach Auction #53 on May 24-26th. The auction consists of a great selection of US coins along with World Coins and Ancients including a UNIQUE Valentinian I (AD 364-375) Silver Multiple of 24 Miliaresia, the largest silver coin known of the Roman Empire.

It is always an exciting event when a newly discovered numismatic rarity is reported. Such was the case when an **1817/4 half dollar** was unearthed (literally!) by contractor George Williams while raking fill in upstate New York. This is the eighth known specimen of this rare overdate, originally offered in Heritage's January 2006 FUN Auction, shortly after it was discovered, and now available again in Heritages upcoming **Central States Signature Auction**.



**Mark Naber**, founder of ForgeryNetwork.com, answers a few questions about collectable coin forgeries and the purpose of ForgeryNetwork.com.

**Doug Davis** from the Numismatic Crime Information Center provided new information on the lastest numismatic crimes reported.

**Laura Sperber** of Legend Numismatics provides some Pre CSNS show news including some interesting things tahat are quietly happening right now. For the first time in months, we are seeing a number of "smaller" collectors selling or consigning their coins. Yet, the bigger buyers (yes, whales) are all trying to buy. At the same time, this past week we were privy to hear of SEVERAL-multi-million dollar GOLD deals transacting. We ourselves are involved in one.

**Tim Shuck** has added 3 new coin profiles in the Coin Guide Section of Coinlink as follows:

> Liberty Head Quarter Eagle, 1840-1907
> Liberty Walking Half Dollar, 1916-1947
> Classic Head Half Cent, 1809-1836

Continuing with **News across the web**, we have a new posting of - **Coin News Daily** - providing short excerpts and links to other news across the web that we have found, and which you may find of interest. We also provide Daily Updates on Precious Metals in The Bullion Report, with Charts, Video Headlines and News.

**You can access ALL the News Here**

## CoinWeek April 20-26 ↘

### What's New on CoinLink ……..

### Headline News

**Stella Coin News** (SCN) announced



their latest online reference book, The Complete Guide to Barber Dimes. Originally published in 1991 by late author, David Lawrence, the ground-breaking reference is now available to all collectors free of charge for their personal use.

**Ponterio & Associates**, Inc., a division of Bowers and Merena Auctions, will offer almost 3000 lots featuring an exceptional selection of world coins and currency hailing from Russia, China, Mexico, Cuba, Australia, Latin America and more at the International Coin Fair this week

**Doug Winter** provides a profile on one of his favorite coins, the 1845-O Quarter Eagle. This is an issue he likes for a variety of reasons. It's rare, it's enigmatic and it has an interesting numismatic background.

**We Are Back** - Our Apologies for the lack up updates overthe past 4 days. However, we are back and will be posted new items throughout the day untill we are caught up!

As we roll towards the mid-way point of the numismatic year, this is a good time to step back for a second and reflect on value. **Doug Winter** provides some thoughts on "Hunting For Value In Today's Rare Coin Market" using the 1795 Half Eagle and eagle as an example.

**Scott Schechter**, Vice President of Sales and Marketing of the Certified Collectibles Group, will present "Modern Coins – Everything You Need to Know" at the the CSNS convention.

Until three years ago, no one even knew that the 1770 Nuevo Reino Pillar Dollar existed. That changed quickly, however, when an amazing stash of 14 coins was found during the bulldozing of a parking lot in Bogota. **Heritage** will be auctioning off this Discovery Coin at the CSNS convention.

Continuing with **News across the web**, we have a new posting of - **Coin News Daily** - providing short excerpts and links to other news across the web that we have found, and which you may find of interest. We also provide Daily Updates on Precious Metals in The Bullion Report, with Charts, Video Headlines and News.

**You can access ALL the News Here**

Page 1 of 2912345»...Last »

**Silver Coins**
Silver Coins, Bars, Bags & Bullion Live Silver Prices.
NWTMint.com

**Invest in Gold Coins**
Historic & Modern Gold Coins Free Investor Kit. Since 1960.
goldline.com/Gold-Coins

**Coin Deale**
Looking For (
Location With
Local.com



 © Copyright 2008 - All rights reserved.   Advertise   Support Services   Link Back   Add News t

**DISCLAIMER:** All content within CoinLink is presented for informational purposes only, with no guarantee of ac CoinLink does not buy or sell coins or numismatic material, and has no ownership interest in any web site listed with All News and Article links are direct, without framing, to the original source, which is solely responsible for the No endorsement or affiliation to or from CoinLink is made.