UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,   )<br>     )<br>     Plaintiffs,   )<br>     )<br>     v.   )<br>     )<br>UNITED STATES DEPARTMENT OF STATE,   )<br>     )<br>     Defendant.   )<br>     ) | Civil Action No. 07-2074 (RJL) |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**

Plaintiffs, the Ancient Coin Collectors Guild ("ACCG"), the Professional Numismatists Guild ("PNG") and the International Association of Professional Numismatists ("IAPN"), in the above captioned action, move, by and through their undersigned counsel, for an extension of time to file its Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment in this case.  Specifically, Plaintiffs' request that for their Reply be extended from May 27, 2009 to June 9, 2009.  Defendant, through counsel, has informed undersigned counsel that they do not oppose this Motion.  The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA").  Through a series of extensions, Defendant filed its summary judgment and Vaughn index on March 13, 2009 and correspondingly made a supplemental release of documents to Plaintiffs.  Plaintiffs' Cross-Motion and Opposition to Defendant's Motion for Summary Judgment was filed on April 24, 2009.  Defendant filed its Opposition to Plaintiffs' Cross-Motion and Reply to Plaintiffs' Opposition to Defendant's Motion for

Summary Judgment on May 19, 2009.   Under Local Rule 7(d) of the District Court for the District of Columbia, Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment is currently due on May 27, 2009.   However, the preparation of the Reply requires consultation with a number of the Plaintiffs, who are spread throughout not only the country, but are also located internationally.   Additionally, Defendant's sought the June 9, 2009 date for Plaintiffs' Reply in Defendant's Motion for an Extension of Time for its Reply in further support of its Motion for Summary Judgment and in opposition to Plaintiffs' cross-motion for summary judgment that it filed on May 15, 20009.   However, the Court's Minute Order only stated that Replies were due on May 19, 2009.   Thus, out of an abundance of caution, Plaintiffs are filing this motion.   Accordingly, Plaintiffs seek an extension until June 9, 2009, in order to fully prepare their Reply papers.

Plaintiffs request this extension in good faith.   This request is the first request filed by Plaintiffs for an extension of this deadline.

WHEREFORE, based on the foregoing, Plaintiffs' respectfully request that the Court modify the current schedule by extending Plaintiffs' deadline for filing their reply to June 9, 2009.  A proposed order is attached.

Dated:  May 20, 2009

Respectfully Submitted,


_____/S/_____

Scott A. Hodes,
D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502
413-641-2833

Attorney for Plaintiffs