UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' unopposed motion for an enlargement of the existing schedule governing this action, and for good cause shown, it is hereby:

ORDERED that the unopposed motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have through, and including, June 9, 2009, to file a reply to Defendant's opposition to Plaintiffs' cross-motion for summary judgment.

SIGNED:

_____          _____
DATE                                                                    RICHARD J. LEON
                                                                                United States District Judge