UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-2074 (RJL) |

## **ERRATA**

Defendant United States Department of State ("Department"), by and through its counsel, respectfully submits this Errata to correct a minor and inadvertent error in its Reply.

Specifically, Defendant respectfully requests that the Court ignore the parenthetical in the first sentence under heading "B." on page 11 of its Reply. As the Department clarified in its letter to Plaintiffs dated June 27, 2008, the Department has regarded the English-language version of China's request for import restrictions as the one responsive to Plaintiffs' request. *See* Grafeld Decl. at Ex. 12, p. 3-4, MSJ Ex. A. Indeed, that English-language version (not the Chinese-language version) is the one described in the Grafeld Declaration. *See id.* at 56-58. Consequently, Defendant requests that the Court ignore the contrary inaccurate parenthetical in its Reply.

\*   \*   \*

- 2 -

Dated: May 27, 2009
       Washington, DC

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 2 -