UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Case No. 07-2074 (RJL) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons set forth above, it is this 20th day of November, 2009, hereby

**ORDERED** that the Motion for Summary Judgment [#16] is **GRANTED**, and it is further

**ORDERED** that the Cross-Motion for Summary Judgment [# 19] is **DENIED** and the above-captioned case be dismissed with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge