UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiffs, the Ancient Coin Collectors Guild ("ACCG"), the International Association of Professional Numismatists ("IAPN"), and the Professional Numismatists Guild ("PNG"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum Opinion dated November 20, 2009 and filed on November 23, 2009 (Docket Numbers 27 and 28).

Dated:  December 22, 2009            Respectfully Submitted,

_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502
413-641-2833 (fax)

Attorney for Plaintiffs