# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 09-5439

**September Term, 2010**
FILED ON: APRIL 15, 2011

ANCIENT COIN COLLECTORS GUILD, ET AL.,
APPELLANTS

v.

UNITED STATES DEPARTMENT OF STATE,
APPELLEE



Appeal from the United States District Court
for the District of Columbia
(No. 1:07-cv-02074)

Before: ROGERS and TATEL, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed as to the sufficiency of State's search for responsive e-mails (to the extent noted in the opinion) and as to its withholding of parts of a document under 19 U.S.C. § 2605(i)(1); affirmed as to all other claims; and the case remanded for proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By_____ Deputy Clerk

Date: April 15, 2011

Opinion for the court filed by Senior Circuit Judge Williams.