UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-2074 (RJL) |

### JOINT MOTION TO SET SCHEDULE ON REMAND
### AND CONTINUE COURT CONFERENCE

Defendant United States Department of State ("State" or "Defendant") and Plaintiffs in the above captioned action, jointly move, by and through their undersigned counsel, for the Court to set the below schedule to govern briefing on the issues remanded to the Court by the D.C. Circuit. The parties also respectfully request that the Court continue the currently scheduled status conference until after the parties brief, and the Court decides, the issues on remand. The grounds for this Motion are set forth below.

This case arises out of Plaintiffs' requests for certain information allegedly maintained by Defendant concerning cultural property and import restrictions pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. After briefing, the Court granted State's Motion for Summary Judgment on the totality of Plaintiffs' claims. Plaintiffs appealed the Court's decision to the D.C. Circuit. The D.C. Circuit affirmed on all but two issues, which issues it remanded to this Court for its initial consideration, namely: (i) the sufficiency of State's explanation for not conducting additional searches of email archives for responsive documents, and (ii) the sufficiency of State's explanation for its invocation of Section 2605(i)(1) to withhold

- 2 -

portions of six-emails.  *See Ancient Coin Collectors Guild v. U.S. Dep't of State*, 641 F.3d 504, 512, 514-15 (D.C. Cir. April 15, 2011).

Plaintiffs continue to challenge these portions of State's FOIA response, and thus, the parties believe it prudent to brief these two issues in light of the further explanations that State intends to provide on remand.  The parties propose that briefing on remand be governed by the following schedule:

| | |
|---|---|
| October 14, 2011 | State's Motion for Summary Judgment Due |
| November 14, 2011 | Plaintiffs' Opposition and Cross-Motion Due |
| December 1, 2011 | State's Opposition and Reply Due |
| December 16, 2011 | Plaintiffs' Reply Due. |

Further, as there exists no other issues for the Court's consideration or resolution at this time, the parties respectfully suggest it is prudent to continue the Court's currently scheduled status conference until after the parties brief and the Court decides the issues on remand.

The parties propose this schedule in good faith.  Allowing the parties a reasonable schedule to brief the remaining issues in this case on remand serves the interests of the parties and the Court.

\*   \*   \*

- 3 -

WHEREFORE the parties respectfully request that the Court set the above described schedule to govern this matter on remand and continue the currently scheduled status conference pending further order of the Court. A proposed order is attached.

Dated: September 1, 2011
 Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| SCOTT A. HODES, D.C. BAR #430375 | RONALD C. MACHEN JR., D.C. Bar #447889 |
| P.O. Box 42002 | United States Attorney |
| Washington, DC 20015 | |
| (301) 404-0502 | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| | Chief, Civil Division |
| *Attorney for Plaintiffs* | |
| | By:     /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for the U.S. Department of State* |