UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set schedule on remand and continue Court conference, and for good cause shown, it is hereby:

ORDERED that parties' joint motion is GRANTED,

ORDERED that Defendant shall have through, and including, October 14, 2011, to file its motion for summary judgment on the issues on remand,

ORDERED that Plaintiffs shall have through, and including, November 14, 2011, to file their opposition to Defendant's motion and cross-motion for summary judgment,

ORDERED that Defendant shall have through, and including, December 1, 2011, to file its opposition to Plaintiffs' cross-motion and reply in support of its motion,

ORDERED that Plaintiffs shall have through, and including, December 16, 2011, to file their reply in support of their cross-motion, and it is further

ORDERED that the status conference scheduled for September 9, 2011, is hereby continued pending further order of the Court.

- 2 -

SIGNED:

_____                              _____
Date                                                                              RICHARD J. LEON
                                                                                          United States District Judge

- 2 -