UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Ancient Coin Collectors Guild, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-2074 |
| United States Department of State, | ) ) ) | |
| Defendant. | ) ) | |

THIRD DECLARATION OF MARGARET P. GRAFELD

I, Margaret P. Grafeld, declare and state as follows:

1.      I am the same Margaret P. Grafeld who executed declarations in this case on

behalf of the Department of State (the "Department") dated March 13, 2009 ("First Grafeld

Decl."), and March 18, 2009 ("Second Grafeld Decl."). I hereby incorporate my previous

declarations by reference. I am now the Deputy Assistant Secretary for Global Information

Services at the Department. In this capacity, I oversee the Department's Office of

Information Programs and Services ("IPS"), which is responsible for responding to requests

for records under the Freedom of Information Act ("FOIA"). I make the following statements

based upon my personal knowledge, which in turn is based on a personal review of the

records in the case files, and upon information furnished to me in the course of my official

duties.

2.      The purpose of this declaration is to provide the Court and the Plaintiffs with

additional information, requested on remand from the United States Court of Appeals for the

District of Columbia (the "Court of Appeals"), related to the withholding of certain

confidential material in document E-7, responsive to Plaintiffs' FOIA request 200701468,

and the adequacy of the Department's Bureau of Educational and Cultural Affairs' ("ECA")

search for e-mail records responsive to Plaintiffs' seven FOIA requests.

**I. INFORMATION WITHHELD IN DOCUMENT E-7**

**A.  The Convention on Cultural Property Implementation Act ("CPIA")**

3.      The Department partially withheld certain information in document E-7 of

Plaintiffs' FOIA request case 200704168 as confidential pursuant to the CPIA, 19 U.S.C. §

2605(i)(1) and, therefore, protected from release under FOIA exemption (b)(3).  As stated in

my March 13, 2009 Declaration, private experts on cultural property (i.e., archaeologists,

curators, collectors, dealers, auction house specialists, and others) often provide information

in confidence to ECA staff or to the Cultural Property Advisory Committee (the

"Committee" or "CPAC").  *See* First Grafeld Decl. at 52-54.  In providing this information,

outside experts often expect this material to be treated confidentially.  *Id.* at 54.  The

disclosure of this type of information could harm the Department's ability to obtain reliable

information in the future from these same, or other, private experts, and thus, obtain

information vital to protecting the cultural artifacts of the treaty partners of the United States.

**B.  Material Withheld From Document E-7**

4.      Document E-7 (Exhibit A attached hereto), released with material redacted

under FOIA exemption (b)(3), consists of six separate sets of e-mail exchanges, some of

which are overlapping, between Dr. Danielle Parks (now deceased), then an Associate

Professor and Graduate Program Director in the Department of Classics at Brock University

in St. Catharines, Ontario, Canada, and Dr. Andrew Cohen, Senior Cultural Analyst in the

ECA's Cultural Heritage Center (the "Center" or "CHC").  As noted by the Court of Appeals,

*Ancient Coin Collectors Guild, et al. v. U.S. Department of State*
*Third Grafeld Declaration*

the emails in Document E-7 contain "hints of confidentiality on the face of the non-redacted portions" of those emails.  Opinion at 9.  The information in the following paragraphs further demonstrates that both Dr. Parks and Dr. Cohen expected these emails to be treated with confidentiality.

5.      Dr. Cohen's introductory e-mail of January 17, 2007, stated that he wanted to speak with Dr. Parks by telephone with regard to his preparations for an upcoming Committee meeting to consider extension of the 2002 bilateral United States – Cyprus cultural property agreement.  *See* Exhibit A at 1.  Dr. Parks and Dr. Cohen communicated several more times to determine the timing of the telephone call.  *Id.* at 3-4.  In conducting research to prepare for Committee meetings as explained above, the Center's staff interacts with private-sector experts on antiquities on the basis of mutually agreed confidentiality; absent this expectation of confidentiality, private experts would likely be less willing to communicate with the Center's staff.

6.      Indeed, as now confirmed by IPS staff, Dr. Parks and Dr. Cohen had telephone conversations wherein Dr. Parks requested and Dr. Cohen confirmed that any information she provided would be held in strict confidence.  This agreement is further evidenced by the text of the E-7 e-mails themselves.

7.      IPS contacted Dr. Cohen on May 18, 2011 to inquire about his telephone conversations with Dr. Parks.  In response to IPS' requests, Dr. Cohen confirmed that, when communicating with Dr. Parks on January 18, 2007, he began the conversation by stating "that the information and name of the person interviewed will be made available to the [Cultural Property Advisory] Committee unless you request confidentiality."  According to Dr. Cohen, Dr. Parks replied that she requested confidentiality.  Her subsequent emails, which

tended to be informal and candid, were written with the expectation that certain information contained therein would remain confidential.

8.      Dr. Cohen's understanding of his communications with Dr. Parks is further evidenced by the text of the E-7 emails themselves.  For example, Dr. Cohen admonished Dr. Parks (on January 30, 2007) to "[p]lease be discreet about our conversation, if you don't mind."  *See* Exhibit 1 at 8.  Likewise, Dr. Park's reply on January 31, 2007 indicated that she, too, thought these communications were being conducted in confidence (noting: "of course, not a problem").  *Id.*  Dr. Park's additional comments in her January 31, 2007 message further bolster this understanding where she noted that in response to requests for information, she did not provide "any detail" to others about her communications with Dr. Cohen.  *Id.*

9.      Further, the e-mail messages in document E-7 clearly show that Dr. Cohen initiated contact with Dr. Parks for reasons directly related to the then-upcoming closed Committee meeting of January 25-26, 2007,[1] regarding the potential extension of the bilateral cultural property agreement with the Government of Cyprus; and, that the material redacted under FOIA exemption (b)(3), pursuant to 19 U.S.C. § 2605(i)(1), from the E-7 e-mails that predated that meeting was intended for use by Dr. Cohen in any presentation he would make at that meeting.  This intended purpose is confirmed in the text of the January 28, 30 and 31, 2007 e-mail messages exchanged by Drs. Park and Cohen subsequent to the Committee's meetings.  *See* Exhibit A at 7-12.

10.     Accordingly, it is clear that the information contained in document E-7 was provided by Dr. Parks to Dr. Cohen under an expectation of confidentiality and thus, continues to be withheld by State under FOIA exemption (b)(3), pursuant to 19 U.S.C. §

---

[1] *FOIA request 200704168,* Document E-1, May 7, 2007 Committee Report, Section 2, CPAC Meeting of January 25-26, 2007.

*Ancient Coin Collectors Guild, et al. v. U.S. Department of State*
*Third Grafeld Declaration*

2605(i)(1).  As explained above, disclosure of this information would undermine the ability of

the Committee and the ECA staff to interact with private experts and obtain information vital

to protecting the cultural artifacts of the treaty partners of the United States.

## II. THE SEARCH PROCESS FOR RESPONSIVE ELECTRONIC RECORDS

### A. The Search for E-mail Messages

11.     As noted in my March 13, 2009 declaration, the searches for records

responsive to Plaintiffs' FOIA requests were conducted by the Committee Executive Director

and CHC's Senior Cultural Property Analyst (the "Senior Analyst"), the two staff members

who primarily addressed issues regarding China, Cyprus, and Italy -- the countries for which

Plaintiffs sought records.  These two individuals work within CHC and are responsible for

maintaining the Center's e-mailbox and central paper files.  These ECA officers are also

chiefly involved with the activities of the Committee and the decision process leading to the

implementation of import restrictions on certain cultural property antiquities, and searched

appropriate records systems based on their knowledge of the relevant issues and events as

detailed in my prior declarations.

12.     The Committee Executive Director and CHC Senior Analyst each has an active

Department e-mail account with an "inbox" and "sent items" folder on the Department's

Microsoft Exchange Server.  Each CHC staff member is also capable of archiving working e-

mails into Microsoft Personal Storage Folders ("PST files" or "personal folders") for

retention, organization, and space allocation purposes.  These archival PST files are

maintained by each user on a shared network drive instead of on the Department's Exchange

Server.  To the extent they are retained, the working e-mail messages stored by CHC staff in

their PST files are typically arranged in subfolders organized by country.

*Ancient Coin Collectors Guild, et al. v. U.S. Department of State*
*Third Grafeld Declaration*

13.     In addition to their own active email accounts and archival PST files, the Committee Executive Director and CHC Analyst have access to the archival PST files of a former staff member who assisted them on certain matters for which Plaintiffs sought records. That is, the shared network drive that contains the archival PST files of the Committee Executive Director and CHC Analyst also contains an archival PST file for this former employee. The former employee's PST file contains her archived working emails organized in subfolders by country.

14.     Lastly, there is also a general CHC office active e-mail account, culprop@state.gov, which is one of the primary methods whereby members of the public address questions, comments and suggestions to CHC. There are no PST files associated with this account.

15.   The Committee Executive Director and CHC Senior Analyst searched (i) their own individual inboxes, sent items folders, and archival PST files; (ii) the archival PST file of the aforementioned former staff member; and (iii) the CHC office active e-mail account, culprop@state.gov.

16.     These mailboxes were initially searched by sorting the relevant country-specific subfolders alphabetically, then visually scanning the e-mails for the name of the sender, the name of the recipient, and the subject line in order to determine which records were responsive to the Plaintiffs' FOIA requests.

17.     Thereafter, to ensure that all potentially responsive e-mails were located, an automated search of these records was also conducted. These automated searches used as search terms "coin," "coins," and the last names of the specific individuals mentioned in Plaintiffs' FOIA requests.

*Ancient Coin Collectors Guild, et al. v. U.S. Department of State*
*Third Grafeld Declaration*

18.     Nothing in the records located by these searches indicated the likely existence of additional materials responsive to any of the Plaintiffs' FOIA requests, or the existence of any additional ECA electronic records that needed to be searched.  Indeed, the records located as a result of these email searches were compared with other records located through the Department's other search efforts described in my March 13, 2009 declaration.  *See* First Grafeld Decl. at ¶¶ 47-59.  Nothing in this comparison indicated the likely existence of additional e-mail or electronic records within ECA's possession or custody that would be responsive to Plaintiffs' FOIA Requests.

19.     Additionally, the Committee Executive Director and CHC Senior Analyst, the persons most familiar with the information sought by Plaintiffs' FOIA request, did not identify any other reason to believe that any non-duplicative responsive information would be contained on other systems.  Indeed, ECA identified responsive records from its searches and produced those records in response to Plaintiffs' FOIA requests.  Further, the FOIA requests did not on their face seek the release of information contained on disaster recovery systems.  Accordingly, because the Department had no reason to believe that other systems (including disaster recovery systems) contained non-duplicative, responsive information, it did not attempt to locate, identify, or search other resources.

### B. Department of State Policy Governing Email Archiving

20.     As a general matter, Department e-mail communications are governed by Volume 5 of the Foreign Affairs Manual ("FAM") Section 443.  Per State Department regulations, e-mail messages that warrant preservation as Federal records must be printed out and filed with related records if an electronic recordkeeping system with archival capabilities

for long-term storage and retrieval is not available.  The "print and file" policy set forth in 5 FAM 443 was the governing policy during the time relevant to Plaintiffs' FOIA requests.[2]

21.      Further, 5 FAM 443.5 provides that e-mail messages that are not Federal records may be deleted when no longer needed, including working e-mail messages. Accordingly, as the relevant e-mail policy did not prescribe the electronic preservation of e-mails (beyond those maintained under the "print and file" policy and those kept as working e-mails in user PST files), there exists no additional archival systems or storage components (other than the ones searched) where other responsive records would likely be found.

22.      Lastly, as explained in my initial March 13, 2009, declaration, ECA staff searched their paper records for any responsive materials.  Any emails printed and filed pursuant to 5 FAM 443.5 would have been reviewed and produced through that effort.

### C.  Department of State Backup Systems

23.      There exist no backup or disaster recovery systems that would likely contain any additional responsive records.

24.      Beginning in October 2009, the Department's Bureau of Information Resource Management ("IRM") began maintaining electronic backups of ECA electronic records for the preceding six-month period.  Prior to October 2009, the ECA Information Technology Office ("IIP-ECA/IT") was responsible for ECA's e-mail Exchange Sever.  At that time, IIP-ECA/IT retained snapshots of active e-mail accounts for one year.

25.      These electronic backups are solely for disaster recovery purposes, and they are continually overwritten as periodic backups are performed.  That is, the ECA backups

---

[2]      Recently, the Department implemented the State Messaging and Archive Toolset ("SMART"), an enterprise-wide system for the long-term storage, management, and retrieval of record e-mail messages.  This system, however, was not online during the time relevant to Plaintiffs' FOIA requests.  Accordingly, it would not contain information responsive to those requests.

currently in existence effectively contain a snapshot of the active e-mail account and archived working e-mails in PST files of Department employees for the preceding six months. As such, to the extent an email was deleted more than six months ago, it would not be contained on any backup. Accordingly, the current ECA backups would contain, at most, the same e-mails identified by ECA's searches in 2008 in response to Plaintiffs' FOIA requests. Consequently, searching ECA's current backups would be unlikely to yield any additional e-mail records that were not located in the initial ECA searches.

26.     Further, the Department's backup systems are not designed to search easily for an individual employee's e-mails. Rather, as with most disaster recovery systems, the backup tapes are designed to allow business continuity when a catastrophic event affects the ongoing functionality of the Department's active computer systems while maintaining appropriate levels of information security. As such, accessing these backups is not akin to inserting a disk into a drive and conducting a simple search. Indeed, a search of the backups would significantly interfere with the operation of the Department's automated information system; and, therefore, such a search is not required under the FOIA, 5 U.S.C. § 552 (a)(3(C).

### Conclusion

27.     The additional testimony of Dr. Andrew Cohen provided with this declaration clearly establishes that the material redacted in document E-7 of Plaintiffs' FOIA request 200704168 was exchanged between Dr. Danielle Parks and Dr. Cohen pursuant to an agreement of confidentiality in accordance with 19 U.S.C. § 2605(i)(1). With regard to the search for responsive documents, as explained in my earlier declarations, the Department undertook significant efforts to locate reports and e-mails responsive to Plaintiffs' seven FOIA requests. In fact, the Department located a total of 128 responsive documents. Of

these, 70 were released in full, 39 were withheld in part, and 19 were withheld in full.

Descriptions were provided in my previous declarations and *Vaughn* Index of the

classification of certain documents, the exemptions applied to material withheld, and the

contents of the partially withheld and entirely withheld documents.   The searches conducted

were exhaustive, and there are no other likely places that if searched would have a reasonable

likelihood of containing additional, meaningful responsive material.


* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of

my knowledge.

Executed this 12th day of October, 2011.


Margaret P. Grafeld

# Exhibit A

UNCLASSIFIED

**Cohen, Andrew C**

RELEASED IN PART
B6, B3, OTHER

| | |
|---|---|
| **From:** | Danielle Parks [dparks@brocku.ca] |
| **Sent:** | Wednesday, January 17, 2007 10:39 AM |
| **To:** | Cohen, Andrew C |
| **Subject:** | Re: Cyprus |

E7

Hi Andrew,

Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.

Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is [ ]

B6

Talk to you soon.

Danielle

At 09:46 AM 17/01/2007, you wrote:

> Dear Danielle,
>
> [ ] introduced us at the ASOR meeting in Philly a little over a year ago. We had a long conversation about Cyprus and looting/cultural property issues. I am wondering whether you might have some time today or tomorrow to talk about this a little more. The US and Cyprus have a bilateral agreement that aims to protect archaeological sites in Cyprus, and I am doing some research because the agreement is coming up for extension soon.
>
> Sincerely,
> Andrew Cohen
>
> ---
>
> Andrew Cohen, PhD
> Senior Analyst, Cultural Heritage Center
> United States Department of State
> Bureau of Educational and Cultural Affairs
> 301 4th Street, SW, Room 336 (SA-44)
> Washington, DC 20547
> Phone   202.453.8806 (direct)
>       202.453.8800 (office)

B6

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University

**UNITED STATES DEPARTMENT OF STATE**
**REVIEW AUTHORITY: ROBERT R STRAND**
**DATE/CASE ID: 09 MAY 2008  200704168**

THIRD GRAFELD DECLARATION
CIVIL ACTION No.07-2074
EXHIBIT A

11/19/2007

UNCLASSIFIED

UNCLASSIFIED

St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

## Cohen, Andrew C

| | |
|---|---|
| **From:** | Danielle Parks [dparks@brocku.ca] |
| **Sent:** | Wednesday, January 17, 2007 11:11 AM |
| **To:** | Cohen, Andrew C |
| **Subject:** | RE: Cyprus |

hi andrew,

at home is best -- i tend to be in the on mondays and fridays only if i can help it. [        ]        B6

Cheers/Danielle

At 10:40 AM 17/01/2007, you wrote:

> Dear Danielle,
>
> Tomorrow would be perfect. Why don't I give you a call at 11am. Shall I call you at home or at the office?
>
> Sincerely,
> Andrew

> > From: Danielle Parks [mailto:dparks@brocku.ca]
> > Sent: Wednesday, January 17, 2007 10:39 AM
> > To: Cohen, Andrew C
> > Subject: Re: Cyprus
> >
> > Hi Andrew,
> >
> > Yes, I remember. Angus mentioned on Friday that you had been looking for me, but I misplaced your card somewhere in the morass on my desk.
> >
> > Today would be a bit hit or miss, so tomorrow would be better. I have an appointment that will run 1.30-3.00, but otherwise I am free. I could do late morning (11-12.30) or after I return around 3.00 (evening is all as well). My number at home is [        ]        B6
> > [        ]
> >
> > Talk to you soon.
> >
> > Danielle
> >
> > At 09:46 AM 17/01/2007, you wrote:
> >
> > > Dear Danielle,
> > >
> > > [                          ] introduced us at the ASOR meeting in Philly a little over        B6
> > > a year ago. We had a long conversation about Cyprus and looting/cultural
> > > property issues. I am wondering whether you might have some time today or

UNCLASSIFIED

UNCLASSIFIED

tomorrow to talk about this a little more. The US and Cyprus have a bilateral
agreement that aims to protect archaeological sites in Cyprus, and I am doing
some research because the agreement is coming up for extension soon.

Sincerely,
Andrew Cohen

---

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
          202.453.8800 (office)


------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca


------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

## Cohen, Andrew C

**From:** Danielle Parks [dparks@brocku.ca]
**Sent:** Thursday, January 18, 2007 7:10 PM
**To:** Cohen, Andrew C
**Subject:** Re: Cypriot coins in Italy

hi andrew,

B3

cheers/danielle

At 02:27 PM 18/01/2007, you wrote:

If so, all I can say is, How Cool!

B3

UNCLASSIFIED

B3

Andrew Cohen, PhD
Senior Analyst, Cultural Heritage Center
United States Department of State
Bureau of Educational and Cultural Affairs
301 4th Street, SW, Room 336 (SA-44)
Washington, DC 20547
Phone   202.453.8806 (direct)
           202.453.8800 (office)

------

Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

UNCLASSIFIED

**Cohen, Andrew C**

| | |
|---|---|
| **From:** | Danielle Parks [dparks@brocku.ca] |
| **Sent:** | Sunday, January 28, 2007 12:19 PM |
| **To:** | Cohen, Andrew C |

hey andrew,

just checking in to see how you made out last week.                          B3

caught up with [        ] yesterday -- mostly work stuff -- she sends regards.    B6

cheers/danielle

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

UNCLASSIFIED

## Cohen, Andrew C

| | |
|---|---|
| **From:** | Danielle Parks [dparks@brocku.ca] |
| **Sent:** | Wednesday, January 31, 2007 5:34 AM |
| **To:** | Cohen, Andrew C |
| **Subject:** | RE: |

hi andrew,

of course, not a problem -- though cyprus being cyprus, i have been asked by a good dozen
people as to whether you and several others had contacted me about, well, coins -- i said
yes, but did not give any detail other than yes, you had been given access to a copy of
the monograph. i have been encouraged to submit informed public comment and will do so....

B3

best regards,

danielle

At 11:35 PM 30/01/2007, you wrote:
>Dear Danielle,
>
>Thanks for passing along the info. The committee met to talk about
>Cyprus' extension, and also the coin thing did come up at the end.
>(Please be discreet about our conversation, if you don't mind).  The
>committee decided that a brief comment period on the coin issue was in
>order. So as many websites and email lists are reporting, informed
>public comment will be accepted on whether or not to include coins in
>the agreement....
>
>More soon,
>Sincerely,
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, January 28, 2007 12:19 PM
>To: Cohen, Andrew C
>Subject:
>
>hey andrew,
>
>just checking in to see how you made out last week.

B3

>
>caught up with          yesterday -- mostly work stuff -- she sends

B6

>regards.
>
>cheers/danielle
>
>------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859

1

UNCLASSIFIED

UNCLASSIFIED

>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca

UNCLASSIFIED

UNCLASSIFIED

## Cohen, Andrew C

| | |
|---|---|
| **From:** | Danielle Parks [dparks@brocku.ca] |
| **Sent:** | Monday, February 05, 2007 10:27 AM |
| **To:** | Cohen, Andrew C |
| **Subject:** | RE: |

Thanks Andrew, glad to be of help.

Cheers/Danielle

At 09:26 AM 05/02/2007, you wrote:
>Dear Danielle,
>
>The committee will appreciate your input. You don't need to send me a
>copy because they all end up on my desk anyway. I then have them
>duplicated and sent to the committee....
>
>Cheers
>
>Andrew
>
>-----Original Message-----
>From: Danielle Parks [mailto:dparks@brocku.ca]
>Sent: Sunday, February 04, 2007 9:56 PM
>To: Cohen, Andrew C
>Subject: RE:
>
>Dear Andrew,
>
>Letter completed and on its way to the committee. Would you like a
>copy, should you have a copy? If so, please let me know and I am to supply it.
>
>Best regards,
>
>Danielle
>
>At 07:21 AM 31/01/2007, you wrote:
> >Dear Danielle,
> >
> >Thanks and no problem. As an expert in your field, one would expect
> >that you would be consulted--especially when WorldCat says that there
> >are only 3 libraries in N. America that have your book on hand!
> >
> >The committee will appreciate your comments. The Cultural Heritage
> >Center website, [exchanges.state.gov/culprop], has instructions on
> >how to submit. Note that the deadline is the close of business on
> >next Monday.
> >
> >Cheers,
> >Andrew
> >
> >-----Original Message-----
> >From: Danielle Parks [mailto:dparks@brocku.ca]
> >Sent: Wednesday, January 31, 2007 5:34 AM
> >To: Cohen, Andrew C
> >Subject: RE:
> >
> >hi andrew,
> >
> >of course, not a problem -- though cyprus being cyprus, i have been
> >asked by a good dozen people as to whether you and several others
> >had contacted me about, well, coins -- i said yes, but did not give
> >any detail other than yes, you had been given access to a copy of the

1

UNCLASSIFIED

UNCLASSIFIED

```
> >monograph. i have been encouraged to submit informed public comment
> >and
>
> >will do so....
>
>                                                                          B3
>
>
>
>
>
> >best regards,
> >
> >danielle
> >
> >At 11:35 PM 30/01/2007, you wrote:
> > >Dear Danielle,
> > >
> > >Thanks for passing along the info. The committee met to talk about
> > >Cyprus' extension, and also the coin thing did come up at the end.
> > >(Please be discreet about our conversation, if you don't mind).
> > >The committee decided that a brief comment period on the coin issue
> > >was in order. So as many websites and email lists are reporting,
> > >informed
>
> > >public comment will be accepted on whether or not to include coins
> > >in
>
> > >the agreement....
> > >
> > >More soon,
> > >Sincerely,
> > >Andrew
> > >
> > >-----Original Message-----
> > >From: Danielle Parks [mailto:dparks@brocku.ca]
> > >Sent: Sunday, January 28, 2007 12:19 PM
> > >To: Cohen, Andrew C
> > >Subject:
> > >
> > >hey andrew,
> > >
> > >just checking in to see how you made out last week.
>                                                                          B3
>
>
>
>
>
> > >caught up with [        ] yesterday -- mostly work stuff -- she     B6
> > >sends regards.
> > >
> > >cheers/danielle
> > >
> > >------
> > >Dr. Danielle Parks
> > >Associate Professor
> > >Graduate Program Director
> > >Department of Classics
> > >Brock University
> > >St Catharines ON L2S 3A1 CANADA
> > >
> > >tel. (905) 688 5550 ext. 3321
> > >fax (905) 984 4859
> > >dparks@brocku.ca
> >
> >------
```

2

UNCLASSIFIED

UNCLASSIFIED

```
> >Dr. Danielle Parks
> >Associate Professor
> >Graduate Program Director
> >Department of Classics
> >Brock University
> >St Catharines ON L2S 3A1 CANADA
> >
> >tel. (905) 688 5550 ext. 3321
> >fax (905) 984 4859
> >dparks@brocku.ca
>
>------
>Dr. Danielle Parks
>Associate Professor
>Graduate Program Director
>Department of Classics
>Brock University
>St Catharines ON L2S 3A1 CANADA
>
>tel. (905) 688 5550 ext. 3321
>fax (905) 984 4859
>dparks@brocku.ca

------
Dr. Danielle Parks
Associate Professor
Graduate Program Director
Department of Classics
Brock University
St Catharines ON L2S 3A1 CANADA

tel. (905) 688 5550 ext. 3321
fax (905) 984 4859
dparks@brocku.ca
```

UNCLASSIFIED