UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF STATE,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 07-2074 (RJL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that JUDGMENT is hereby entered in Defendant's favor on Plaintiffs' claims, and in particular the remaining issues on remand in this action.

SIGNED:

_____        _____
Date                                                    RICHARD J. LEON
                                                               United States District Judge