UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-2074 (RJL) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR
<u>SUMMARY JUDGMENT</u>**

Plaintiffs, the International Association of Professional Numismatists ("IAPN"), the

Professional Numismatists Guild ("PNG"), and the Ancient Coin Collectors Guild ("ACCG"),

by and through their undersigned counsel, hereby oppose Defendant U.S. Department of State's

renewed motion for summary judgment.  In support of this opposition, Plaintiffs submit their

points and authorities in support of their opposition motion, their response to Defendant's

statement of material facts, and proposed order.

Dated:  November 14, 2011                    Respectfully Submitted,

           _____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502
413-641-2833 (fax)

Attorney for Plaintiffs