UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANCIENT COIN COLLECTORS GUILD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2074 (RJL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment, and the entire record herein, it is hereby, ORDERED that Defendant's motion is DENIED.

IT IS FURTHER ORDERED that Defendant shall release the portions of the six e-mails responsive to the request concerning Danielle Parks within 20 days of this Order;

_____    _____
DATE                                                         RICHARD J. LEON
                                                                     UNITED STATES DISTRICT JUDGE