UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANCIENT COIN COLLECTORS GUILD, *et al.*, | ) ) ) | FILED<br>JUN 11 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |
| Plaintiffs, | ) ) ) | Civil Case No. 07-2074 (RJL) |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM ORDER

For the reasons set forth in the Memorandum Opinion entered this 25th day of May 2012, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [Dkt. # 33] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge